**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Angela M. Allen, request admission, *pro hac vice,* before the Honorable Sean H. Lane, to represent Richard Levin, not in his individual capacity but solely as the chapter 11 trustee of the Debtors in the above-captioned adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 27, 2019

                                                  */s/ Angela M. Allen*
                                                Angela M. Allen
                                                353 N. Clark Street
                                                Chicago IL 60654
                                                Telephone: 312-222-9350
                                                aallen@jenner.com