**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Angela M. Allen, to be admitted *pro hac vice*, to represent Richard Levin, not in his individual capacity but solely as the chapter 11 trustee (the "**Trustee**") of the Debtors in the above-captioned adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Angela M. Allen is admitted to practice *pro hac vice* in the above-captioned adversary proceeding to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

                                              _____
                                              HON. SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE