**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-1102 (SHL) |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for Plaintiff Richard Levin.

Dated: New York, New York
       March 27, 2019

JENNER & BLOCK

/s/ Carl N. Wedoff
Carl N. Wedoff
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
cwedoff@jenner.com