**Exhibit A**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## [PROPOSED] ORDER SETTING FOREIGN DEFENDANT
## NIRAV DEEPAK MODI'S TIME TO RESPOND TO THE COMPLAINT

Upon the motion (the "**Motion**")[1] of Richard Levin, not individually but solely in his

capacity as chapter 11 trustee (the "**Trustee**") for Firestar Diamond, Inc. ("**Firestar**") for an order

setting the Defendants' time to respond to Complaint under Bankruptcy Rule 7012(a) to thirty

days after service of the Complaint and Summons; and the Court having conducted a hearing on

the Motion on April 15, 2019 (the "**Hearing**"); and the Court having considered the Motion,

all responses filed thereto, if any, as well as any evidence presented at the hearing; and the Court

having jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and

1334; and appropriate notice under the circumstances of the Motion having been provided, and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

it appearing that no other or further notice need be provided; and after due deliberation and

sufficient cause appearing therefor,

IT IS ORDERED:

1.      Defendant Nirav Deepak Modi is required to submit a motion or answer to the

Complaint to the clerk of the bankruptcy court within 30 days after service of the Complaint and

Summons.

Dated: _____ __, 2019

_____
The Honorable Sean H. Lane
United States Bankruptcy Judge