**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for Plaintiff Richard Levin.

Dated: New York, New York
        March 29, 2019

JENNER & BLOCK

/s/ Nicolas G. Keller
Nicolas G. Keller
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
nkeller@jenner.com