UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
FIRESTAR DIAMOND, INC. *et al.*                 :   Case No. 18-10509 (SHL)
                                                :
            Debtors.[1]                         :   (Jointly Administered)
------------------------------------------------------------:
                                                :
RICHARD LEVIN, Chapter 11 Trustee of            :   Adv. Proc. No. 19-01102 (SHL)
FIRESTAR DIAMOND, INC., FANTASY, INC.,          :
And OLD AJ, INC. f/k/a A. JAFFE, INC.,          :
                                                :
            Plaintiff,                          :
    v.                                          :
                                                :
NIRAV DEEPAK MODI, MIHIR BHANSALI,              :
And AJAY GANDHI,                                :
                                                :
            Defendants.                         :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on April 2, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act [Adv. Docket No. 1]**

- **Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 4]**

Dated: April 3, 2019

_____
Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 3rd day of April, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these jointly administered chapter 11 cases, along with each Debtor's respective chapter 11 case number and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (Case No. 18-10509) (2729); (ii) A. Jaffe, Inc. (Case No. 18-10510) (4756); and (iii) Fantasy, Inc. (Case No. 18-10511) (1673).

# **EXHIBIT A**

| | | |
|---|---|---|
| AJAY GANDHI<br>170 FOREST DRIVE<br>JERICHO, NY 11753 | CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZI<br>ATTN: SCOTT I. GURTMAN<br>341 CONKLIN ST, 2ND FLOOR<br>FARMINGDALE, NY 11735 | MIHIR BHANSALI<br>50 RIVERSIDE BVLD, UNIT 24A<br>NEW YORK, NY 10069 |
| WHITE AND WILLIAMS LLP<br>ATTN: THOMAS E. BUTLER<br>7 TIMES SQUARE, SUITE 2900<br>NEW YORK, NY 10036 | | |

Parties Served: 4