<u>**Exhibit B**</u>
**Proposed Order Issuing Letter of Request**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## [PROPOSED] ORDER ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

Upon the Application (the "**Application**"), dated April 5, 2019, brought by Richard Levin, not individually but solely as chapter 11 trustee (the "**Trustee**") for the above-captioned Debtors, for the issuance of a Letter of Request, in the form attached as Exhibit A to the Application, to be transmitted, via the appropriate channels, to the applicable court in the United Kingdom, and it appearing that due and sufficient notice of the Application has been given under the circumstances, and it further appearing that the relief sought in the Application is appropriate based upon the information provided in the Application and in the record; and it further appearing that this Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a); and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Letter of Request, in the form submitted with the Application, shall

be signed and sealed by the Court for transmission to the appropriate judicial authority in the

United Kingdom so that valid service of process may be effectuated upon Nirav Deepak Modi.

Dated: April __, 2019
      New York, New York

_____
THE HONORABLE SEAN H. LANE
United States Bankruptcy Judge

2