UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X         CERTIFICATION OF
In Re:  Firestar Diamond, Inc. and Fantasy, Inc...          FOREIGN MAILING

Case No. 18-10509-shl

-------------------------------------------------------X

Richard Levin, Chapter 11 Trustee of
Firestar Diamond, Inc., Fantasy, Inc.,
and Old AJ, Inc. f/k/a A. Jaffe, Inc.
Plaintiff,

Adversary Proceeding
Case No. 19-01102-shl

v.

NIRAV DEEPAK MODI,
MIHIR BHANSALI, and AJAY GANDHI,
Defendant,
-------------------------------------------------------------X

I, VITO GENNA, CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT ON THE __26TH__ DAY OF __APRIL__2019 THE ORDER ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS, REQUEST FOR JUDICIAL ASSISTANCE IN SERVICE OF PROCESS AND EXHIBITS;  WAS SERVED BY UPS  EXPRESS MAIL,  A COPY OF EACH THEROF, SECURELY ENCLOSED IN AN ENVELOPE ADDRESSED TO:

The Senior Master Royal Courts of Justice Strand
Process Section, Room E16
For The Attention of the Foreign
London, WC2A2LL
United Kingdom

                                                VITO GENNA
                                   CLERK OF THE BANKRUPTCY COURT


By:___S/DEIRDRA CANTRELL_____
                  DEPUTY CLERK


DATED:   NEW YORK, NEW YORK
            APRIL 26, 2019