

**Thomas E. Butler**

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 212.714.3070 | Fax 212.631.4431
butlert@whiteandwilliams.com | whiteandwilliams.com

April 25, 2019

<u>**Via ECF**</u>

Honorable Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      RE:    *In re Firestar Diamond, Inc., et al.*
                Adv. Proc. Nos. 19-01102

Dear Judge Lane:

      This Firm represents Defendant Mihir Bhansali ("Mr. Bhansali") in the above-referenced adversary proceeding (the "Proceeding"). We write today respectfully to request that Your Honor extend the deadline for Mr. Bhansali, as well as Defendant Ajay Gandhi, to answer, move, or otherwise respond with respect to the Adversary Complaint in the Proceeding to Tuesday, May 28, 2019 at 12:00 p.m. Counsel for Plaintiff has consented to this extension.

      We thank Your Honor for your consideration of this request.

                                              Respectfully submitted,

                                              WHITE AND WILLIAMS LLP

                                              Thomas E. Butler

MEMORANDUM ENDORSED ORDER:
SO ORDERED.

Dated:  May 8, 2019

 */s/ Sean H. Lane*
United States Bankruptcy Judge

      Delaware | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island