JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (*pro hac vice* pending)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
Nicolas G. Keller
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE**

Please take notice that the pretrial conference in the above-captioned adversary proceeding, currently scheduled for Thursday, May 16, 2019 at 10:00 a.m. EDT, has been adjourned to **Monday, June 10, 2019 at 10:00 a.m. EDT.**

Dated: May 10, 2019
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Vincent E. Lazar
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
vlazar@jenner.com
aallen@jenner.com
(312) 222-9350

Carl N. Wedoff
Nicolas G. Keller
919 Third Avenue
New York, New York 10022
cwedoff@jenner.com
nkeller@jenner.com
(212) 891-1600

*Counsel for the Chapter 11 Trustee*

2