**Hearing Date and Time: To Be Determined**

Thomas E. Butler, Esq.
Nicole A. Sullivan, Esq.
Shruti Panchavati, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036
Tel: 212-714-3070
Fax: 212-631-4431
butlert@whiteandwilliams.com

*Attorneys for Mihir Bhansali*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., et al., | Case No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-01102-shl |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS ADVERSARY COMPLAINT

PLEASE TAKE NOTICE that Defendant Mihir Bhansali (the "Defendant"), upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Adversary Proceeding Complaint, dated May 28, 2019, the Declaration of Thomas E. Butler,

22874152v.1

dated May 28, 2019, and all accompanying exhibits annexed thereto, will hereby move this Court at a date and time to be determined before the Honorable Justice Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, NY 10004, to dismiss the adversary complaint.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' agreement, objections, if any, to the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the grounds therefore with specificity, and shall be filed by or before July 2, 2019 electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System, which can be found at www.nysb.uscourts.gov, the official website for this Court) by registered users of this Court's case filing system, and by all other parties in interest on a 3.5" disk or other electronic media, preferably in PDF or any other Windows-based word processing format (with a hard copy delivered directly to the Judge's chambers) and served in accordance with General Order M-399 upon (i) White and Williams, attorneys for Mihir Bhansali, 7 Times Square, Suite 2900, New York, New York, 10036, Attn.: Thomas E. Butler, Esq.; (ii) Chapter 11 Trustee of the Debtors, Jenner & Block LLP, 919 Third Ave., New York, New York, 10022, Attn.: Richard Levin, Esq.; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York, 10014, Attn.: Richard C. Morrissey, Esq.; and (iv) Serpe Ryan LLP, attorneys for Ajay Ghandi, 16 Madison Sq. West, 10th Floor, New York, New York 10010, Attn.: Silvia L. Serpe, Esq.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' agreement, replies, if any, to the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York shall be filed by or before July 26, 2019.

Dated: New York, New York
      March 28, 2019

**WHITE AND WILLIAMS LLP**

By: *[signature]*

Thomas E. Butler
Nicole A. Sullivan
Shruti Panchavati
*Attorneys for Mihir Bhansali*
7 Times Square, Suite 2900
New York, New York 10036-6524
(212) 714-3070
Butlert@whiteandwilliams.com