Thomas E. Butler, Esq.
Nicole A. Sullivan, Esq.
Shruti Panchavati, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036
Tel: 212-714-3070
Fax: 212-631-4431
butlert@whiteandwilliams.com

*Attorneys for Mihir Bhansali*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>FIRESTAR DIAMOND, INC., et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 19-01102-shl |

**DECLARATION OF THOMAS E. BUTLER IN SUPPORT OF MIHIR BHANSALI'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**

THOMAS E. BUTLER, an attorney duly admitted to practice law in the United States Court of

the Southern District of New York, states, under penalty of perjury, as follows:

-2-

1. I am a partner with the law firm of White and Williams LLP, counsel to Defendant Mihir Bhansali ("Defendant" or "Bhansali") in the above-captioned proceeding. I submit this declaration in support of Defendant's Motion to Dismiss the Adversary Complaint (the "Motion").

2. A true and correct copy Adversary Complaint in this matter, dated March 27, 2019, is annexed hereto as Exhibit "A."

Dated: New York, New York
       March 28, 2019

_____
Thomas E. Butler