UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>FIRESTAR DIAMOND, INC., et al.,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>                        Plaintiff,<br><br>    v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>                        Defendants. | Adv. Proc. No. 19-01102-shl |

NOTICE OF APPEARANCE

Please enter the appearance of Silvia L. Serpe of the firm Serpe Ryan LLP, as co-counsel of record for Ajay Gandhi, in the above captioned action and request that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: New York, New York
        May 28, 2019

                                              Respectfully submitted,

                                              Serpe Ryan LLP

                                  By:    <u>/s/ Silvia L. Serpe</u>
                                                  Silvia L. Serpe
                                                  16 Madison Square West, 10th Floor
                                                  New York, New York 10010
                                                  (212) 257-5010
                                                  <u>sserpe@serperyan.com</u>

                                                  *Attorneys for Ajay Gandhi*