UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**HEARING DATE AND TIME: 8/22/19 11:00 AM**

| | |
|---|---|
| In Re:<br><br>FIRESTAR DIAMOND, INC., et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>               Defendants. | **Adv. Proc. No. 19-01102-shl**<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT AJAY GANDHI'S NOTICE OF
### MOTION TO DISMISS THE ADVERSARY COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated May 28, 2019, the undersigned on behalf of defendant Ajay Gandhi, hereby moves this Court before the Honorable Sean H. Lane, in Courtroom 701 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, on **August 22, 2019 at 11:00 am**, for an Order dismissing the Adversary Complaint with prejudice pursuant to Rules 7009 and 7012 of the Federal Rules of Bankruptcy Procedure, and for such other and further relief as the court may deem just and proper.

By agreement of the parties, the Trustee's opposition papers are due on July 2, 2019, and defendants' reply papers are due on July 26, 2019.

Dated: New York, New York  
      May 28, 2019

Respectfully submitted,

**SERPE RYAN LLP**

By:    _/s/ Silvia L. Serpe_____  
Silvia L. Serpe  
Paul W. Ryan  
16 Madison Square West  
New York, New York 10010  
(212) 257-5010  
sserpe@serperyan.com  
pryan@serperyan.com

*Attorneys for Defendant Ajay Gandhi*