919 THIRD AVENUE NEW YORK, NY 10022                                    JENNER&BLOCK LLP

**VIA ECF, EMAIL, AND OVERNIGHT MAIL**

Carl Wedoff
Tel  212 891 1653
cwedoff@jenner.com

June 3, 2019

The Honorable Sean H. Lane
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
shl.orders@nysb.uscourts.gov

**Re:**  *In re Firestar Diamond, Inc. et al.,* Case No. 18-10509 (Jointly Administered)
*Levin v. Modi et al.,* Adv. Proc. No. 19-1102
*Levin v. Modi et al.,* Adv. Proc. No. 19-1103

We represent Richard Levin, chapter 11 trustee of the debtors in the above-referenced chapter 11 cases and plaintiff in the above-referenced adversary proceedings.

On April 18, 2019, the Court issued Letters of Request for Service Abroad in Commercial or Civil Matters in the above-referenced adversary proceedings (Dkt. 11 in Adv. Proc. No. 19-1102; Dkt. 13 in Adv. Proc. No. 19-1103).  The Letters of Request seek judicial assistance in serving the adversary complaints and related documents upon Nirav Deepak Modi, who is currently remanded in custody in England.  The U.K. central authority subsequently notified our firm that the requesting Court must submit certain forms in order for the central authority to complete service.  Accordingly, we respectfully request the Court sign and seal the forms attached to this letter as Exhibits A and B.

We thank the Court for its attention to this matter.

Sincerely,

/s/ Carl Wedoff
Carl Wedoff

Attachments

cc: Richard Levin, Chapter 11 Trustee