**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> FIRESTAR DIAMOND, INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> No. 18-10509 (SHL) <br><br> (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, <br><br> Defendants. | Adv. Proc. No. 19-1102 (SHL) |

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD AND REQUEST FOR**
**REMOVAL FROM SERVICE LISTS**

To: The Clerk of Court and all parties of record

I hereby withdraw my appearance as counsel for Plaintiff Richard Levin in the above-captioned adversary proceeding and request that I be removed from the CM/ECF noticing list and any other service list in this case.

Dated: New York, New York
August 21, 2019

JENNER & BLOCK

/s/ Nicolas G. Keller
Nicolas G. Keller
919 Third Avenue
New York, New York 10022
Tel. (212) 407-1776
nkeller@jenner.com