**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**NOTICE OF FILING OF REDLINED VERSION OF FIRST AMENDED COMPLAINT**

1.  On March 27, 2019, Chapter 11 Trustee Richard Levin (the "**Trustee**"), plaintiff in the above-captioned adversary proceeding, filed his *Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act* [Adv. Dkt. 1] (the "**Original Complaint**").

2.  On September 20, 2019, the *Trustee* filed his *First Amended Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act* [Adv. Dkt. 28] (the "**First Amended Complaint**").

3.  A redline of the First Amended Complaint against the Original Complaint is attached hereto as **Exhibit A**.

Dated: September 20, 2019,

    New York, New York        Respectfully submitted,

                                        **JENNER & BLOCK LLP**

                                        By: /s/ Vincent E. Lazar
                                        Vincent E. Lazar
                                        Angela M. Allen (admitted *pro hac vice*)
                                        353 North Clark Street
                                        Chicago, Illinois 60654
                                        (312) 222-9350
                                        vlazar@jenner.com
                                        aallen@jenner.com

                                        Carl N. Wedoff
                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 891-1600
                                        cwedoff@jenner.com

                                        *Counsel for the Chapter 11 Trustee*