## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                       :     Chapter 11
                                                             :
FIRESTAR DIAMOND, INC. *et al.*                              :     Case No. 18-10509 (SHL)
                                                             :
                Debtors. [1]                                 :     (Jointly Administered)
------------------------------------------------------------:
RICHARD LEVIN, Chapter 11 Trustee of                         :
FIRESTAR DIAMOND, INC., FANTASY, INC.,                       :     Adv. Proc. No. 19-1102 (SHL)
and OLD AJ, INC. f/k/a A. JAFFE, INC.,                       :
                                                             :
                Plaintiff,                                   :
                                                             :
        v.                                                   :
                                                             :
NIRAV DEEPAK MODI, MIHIR BHANSALI,                           :
and AJAY GANDHI,                                             :
                                                             :
                Defendants.                                  :
                                                             :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 23, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via certified first-class mail, postage pre-paid, with return receipt, to the parties listed in **Exhibit A** attached hereto:

- **First Amended Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act [Adv. Docket No. 28]**

Dated: September 25, 2019

_____
Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2019 by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public - California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these jointly administered chapter 11 cases, along with each Debtor's respective chapter 11 case number and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (Case No. 18-10509) (2729); (ii) A. Jaffe, Inc. (Case No. 18-10510) (4756); and (iii) Fantasy, Inc. (Case No. 18-10511) (1673).

# <u>EXHIBIT A</u>

HMP WANDSWORTH
NIRAV MODI
PO BOX 757, HEATHFIELD ROAD
WANDSWORTH, LONDON
SW18 2HU

Parties Served: 1