WHITE AND WILLIAMS LLP
Thomas E. Butler
Nicole A. Sullivan
Shruti Panchavati
7 Times Square, Suite 2900
New York, New York 10036
Phone: (212) 714-3070
Email: butlert@whiteandwilliams.com
*Attorneys for Mihir Bhansali*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                              Chapter 11

FIRESTAR DIAMOND, INC., *et al.*,                   Case No. 18-10509 (SHL)

        Debtors.                                Jointly Administered

-----------------------------------------------------------x

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Trustee, Richard Levin (the "Trustee"), and the Defendants Mihir Bhansali and Ajay Ghandi (together "Defendants") that the Trustee may file an Amended Complaint on September 20, 2019 and that Defendants may answer, move or otherwise respond to the Trustee's Amended Complaint on October 25, 2019;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that if the Defendants move to dismiss the Amended Complaint, the Trustee's opposition is due on November 22, 2019 and Defendants' reply is due on December 12, 2019;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that none of the dates contained in this Stipulation will be affected by the service of Nirav Modi;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and as such shall have the same force and effect as the original signatures.

Dated: New York, New York
September 12, 2019

| WHITE AND WILLIAMS LLP | SERPE RYAN LLP |
|---|---|
| By: _____<br>Nicole A. Sullivan<br>*Attorneys for Mihir Bhansali*<br>7 Times Square, Suite 2900<br>New York, New York 10036<br>(212) 714-3070<br>sullivann@whiteandwilliams.com | By: /s/ Silvia Serpe<br>Silvia Serpe, Esq.<br>*Attorneys for Ajay Ghandi*<br>16 Madison Square West, 10th Flr<br>New York, New York 10010<br>212-257-5010<br>sserpe@serperyan.com |

**JENNER & BLOCK LLP**

By: /s/ Carl Wedoff
Carl Wedoff, Esq.
*Attorneys for Trustee Richard Levin*
919 Third Avenue
New York, New York 10022
212-891-1653
cwedoff@jenner.com

DATED: September 30, 2019

SO ORDERED:     */s/ Sean H. Lane*
Honorable Sean H. Lane