**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.¹ | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING

Richard Levin, not individually but solely as chapter 11 trustee for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding (the "**Trustee**"), and Nirav Deepak Modi ("**Modi**"), each through their undersigned counsel, hereby agree and stipulate to the following:

1. Modi's time to answer, move to dismiss, or otherwise respond to the Amended Complaint is extended to November 15, 2019.

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

2. If Modi moves to dismiss the Amended Complaint, the Trustee shall file his response (if any) to the motion to dismiss on or before December 13, 2019, and Modi shall file his reply (if any) in support of the motion to dismiss on or before January 8, 2020.

3. If Modi moves to dismiss the Amended Complaint or less than all of the claims therein, Modi shall file an answer to any claims on or before the 20th day following the date of a decision from the Court on the motion to dismiss.

*(Signature page follows.)*

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: New York, New York,<br>October 24, 2019 | RICHARD LEVIN,<br>Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.<br><br>By His Counsel,<br>JENNER & BLOCK LLP<br>By:<br><br>*/s/ Carl Wedoff*<br>Carl Wedoff<br>919 Third Avenue<br>New York, New York 10022 |
| Dated: New York, New York,<br>October 24, 2019 | NIRAV DEEPAK MODI.<br><br>By His Counsel,<br>PATTERSON BELKNAP WEBB AND TYLER LLP<br><br>By:<br><br>*/s/ Daniel S. Ruzumna*<br>Daniel S. Ruzumna<br>1133 Avenue of the Americas<br>New York, New York 10036 |

IT IS SO ORDERED.

Dated:  October 31, 2019
         New York, New York

*/s/ Sean H. Lane*
The Honorable Sean H. Lane
United States Bankruptcy Judge

3