WHITE AND WILLIAMS LLP
Thomas E. Butler
Nicole A. Sullivan
Shruti Panchavati
7 Times Square, Suite 2900
New York, New York 10036
Phone: (212) 714-3070
Email: butlert@whiteandwilliams.com
*Attorneys for Mihir Bhansali*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.*, | Case No. 18-10509 (SHL) |
| Debtors. | Jointly Administered |

------------------------------------------------------------x

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Trustee, Richard Levin (the "Trustee"), and the Defendants, Mihir Bhansali and Ajay Gandhi (together "Defendants"), that Defendants' time to answer, move or otherwise respond to the Trustee's First Amended Complaint is extended from October 25, 2019 to November 5, 2019;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that, to the extent Defendants move to dismiss the Trustee's First Amended Complaint, the Trustee's must file his opposition by or before December 13, 2019, and Defendants' must file their replies by or before January 8, 2020;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that none of the dates contained in this Stipulation will be affected by the service of Nirav Modi or any briefing schedule agreed upon between the Trustee and Nirav Modi;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and as such shall have the same force and effect as the original signatures.

Dated: New York, New York
    October 23, 2019

WHITE AND WILLIAMS LLP

By: *[signature]*
    Nicole A. Sullivan
    *Attorneys for Mihir Bhansali*
    7 Times Square, Suite 2900
    New York, New York 10036
    (212) 714-3070
    sullivann@whiteandwilliams.com

SERPE RYAN LLP

By: *[signature]*
    Silvia Serpe, Esq.
    *Attorneys for Ajay Ghandi*
    16 Madison Square West, 10th Flr
    New York, New York 10010
    212-257-5010
    sserpe@serperyan.com

JENNER & BLOCK LLP

By: *[signature]*
    Carl Wedoff, Esq.
    *Attorneys for Trustee Richard Levin*
    919 Third Avenue
    New York, New York 10022
    212-891-1653
    cwedoff@jenner.com

Dated: October 31, 2019

SO ORDERED:    / s/ Sean H. Lane
                Honorable Sean H. Lane