UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>FIRESTAR DIAMOND, INC., et al.,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>                                Defendants. | **Adv. Proc. No. 19-01102-shl** |

**DEFENDANT AJAY GANDHI'S NOTICE OF
MOTION TO WITHDRAW HIS MOTION TO DISMISS**

PLEASE TAKE NOTICE that defendant Ajay Gandhi hereby withdraws his Notice of Motion (Dkt. #20) and Memorandum of Law in Support (Dkt. # 21) of his motion to dismiss the original complaint against him in the above-referenced adversary proceeding.

Dated: New York, New York
       November 5, 2019

                                            Respectfully submitted,

                                            **SERPE RYAN LLP**

                                By:    _/s/ Silvia L. Serpe_____
                                              Silvia L. Serpe
                                              16 Madison Square West
                                              New York, New York 10010
                                              (212) 257-5010
                                              sserpe@serperyan.com

                                              *Attorneys for Defendant Ajay Gandhi*