**HDFC BANK**

HDFC BANK LTD.
101-104 Tulsiani Chambers
Free Press Journal Marg, Nariman Point,
Mumbai - 400 021

Fax: 2287 6505

Page No. : 1

```
M/S.  M R FAMILY TRUST                    TO BE DISPATCHED TO BRANCH: NARIMAN PT TULSIANI CHMBRS
FLAT NO 211 21 FLOOR                                  Address      : 101-104 TULSIANI CHAMBERS
CASABLANCA                                                           FREE PRESS JOURNAL MARG
39 CUFFE PARADE                                                      NARIMAN POINT
MUMBAI 400008                                         City         : MUMBAI 400 021
MAHARASHTRA INDIA                                     State        : MAHARASHTRA
JOINT HOLDERS :                                       Phone No.    : 022-61606161
                                                      RTGS/NEFT IFSC : HDFC0000001  MICR: 400240003
                                                      Email        :
                                                      OD Limit     :            0.00 Currency : INR
                                                      Cust Id      :            Pr. Code :   Br. Code :
Nomination      : Not Registered                      Account No.                OTHER
Statement From: 31/05/07       To: 31/03/18           A/C open date : 31/05/2007  Expected AQB : 25,000.00
                                                      Account Status : NO DEBIT DORMANT
```

```
07/06/07   CHQ DEP-MICR CLG-CST FORT, MUMBA           08/06/07                    25,000.00     25,000.00
20/06/11   CHQ DEP-MICR CLG-MUMBAI - CLEARI           21/06/11                    25,000.00     50,000.00
08/04/13   CHQ DEP-MICR CLG-MUMBAI - CLEARI           09/04/13                   100,000.00    150,000.00
************************************************************************************************
           STATEMENT SUMMARY :-
           Opening Balance              Dr Count  Cr Count      Debits      Credits     Closing Bal
                     0.00                  0         3            0.00   150,000.00     150,000.00

Generation Date : 21-Sep-19 11:50         Generated by : P13838            Requesting Branch Code: 1
                                            **END OF STATEMENT**
```

Your statement generation frequency is bimonthly  and the next statement will be generated on the same day next bimonth end.
Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.



P13838
Pooja Pokharkar

*HDFC BANK LTD. TULSIANI BRANCH Mumbai - 400 021*

Scanned with CamScanner