Daniel S. Ruzumna
Daniel A. Lowenthal
Alejandro H. Cruz
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Nirav Deepak Modi*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-10509 (SHL) |
| FIRESTAR DIAMOND, INC., *et al.*, | Jointly Administered |
| Debtors. | |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., *et al.*, | |
| Plaintiff, | Adv. Proc. No. 19-1102 (SHL) |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Nirav

Deepak Modi, a defendant in the above-captioned adversary proceeding.  Under, *inter alia*,

Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, 11 U.S.C. §

1109(b), Modi requests that all notices given or required to be given in this case, and all papers

served or required to be served in this case, be given to and served upon:

Daniel S. Ruzumna
Daniel A. Lowenthal
Alejandro H. Cruz
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
druzumna@pbwt.com
dalowenthal@pbwt.com
acruz@pbwt.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy

Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, any order, notice, application, motion,

petition, pleading, request, complaint, or demand, whether formal or informal, whether written or

oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone,

facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way

any rights or interests of any creditor or party in interest in this case, including Modi with respect

to, inter alia, the following: (a) the debtor; or (b) property of the estate, or proceeds thereof, in

which the debtor may claim an interest; (c) property or proceeds thereof in the possession,

custody, or control of others that the debtor may seek to use or claim; or (d) the property that is

the subject of the above-captioned adversary proceeding; or (2) requires or seeks to require any

act, delivery of any property, payment or other conduct by Modi.

PLEASE TAKE FURTHER NOTICE that Modi intends that neither this Notice of

Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) Modi's right to

have final orders in noncore matters entered only after *de novo* review by a District Judge; (2)

Modi's right to trial by jury in any proceeding so triable in this case; (3) Modi's right to have the

District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Modi is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights,

claims, actions, defenses, setoffs, and recoupments Modi expressly reserves.

Dated: November 20, 2019
     New York, New York

                    PATTERSON BELKNAP WEBB & TYLER LLP

                    By:

                         */s/ Daniel S. Ruzumna*

                    Daniel S. Ruzumna
                    Daniel A. Lowenthal
                    Alejandro H. Cruz
                    1133 Avenue of the Americas
                    New York, NY 10036-6710
                    Tel: (212) 336-2000
                    Fax: (212) 336-2222
                    druzumna@pbwt.com
                    dalowenthal@pbwt.com
                    acruz@pbwt.com

                    *Attorneys for Nirav Deepak Modi*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2019, a copy of the foregoing Notice of

Appearance was filed electronically.  Notice of this filing will be sent through the Court's

Electronic Case Filing System.  Parties may access this filing through the Court's system.

*/s/ Daniel S. Ruzumna*
Daniel S. Ruzumna
