**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>Jointly Administered |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-1102 (SHL) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for Defendant Nirav Deepak Modi.

Dated: November 21, 2019       PATTERSON BELKNAP WEBB & TYLER LLP
       New York, New York

                                          By:

                                          */s/ Daniel A. Lowenthal*

                                        Daniel A. Lowenthal
                                        1133 Avenue of the Americas
                                        New York, NY 10036-6710
                                        Tel: (212) 336-2000
                                        Fax: (212) 336-2222
                                        dalowenthal@pbwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*/s/ Daniel A. Lowenthal*
Daniel A. Lowenthal