**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) |
| | ) Chapter 11 |
| | ) |
| | ) Case No. 18-10509 (SHL) |
| FIRESTAR DIAMOND, INC., *et al.*, | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |
| RICHARD LEVIN, Chapter 11 Trustee of | ) |
| FIRESTAR DIAMOND, INC., *et al.*, | ) |
| | ) |
| Plaintiff, | ) Adv. Proc. No. 19-1102 (SHL) |
| | ) |
| v. | ) |
| | ) |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, | ) |
| and AJAY GANDHI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this

adversary proceeding as counsel for Defendant Nirav Deepak Modi.

Dated: November 21, 2019          PATTERSON BELKNAP WEBB & TYLER LLP
New York, New York

By:

*/s/ Alejandro H. Cruz*

Alejandro H. Cruz
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
acruz@pbwt.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2019, a copy of the foregoing Notice of

Appearance was filed electronically.  Notice of this filing will be sent through the Court's

Electronic Case Filing System.  Parties may access this filing through the Court's system.

*/s/ Alejandro H. Cruz*
Alejandro H. Cruz
