WHITE AND WILLIAMS LLP
Thomas E. Butler
Nicole A. Sullivan
Shruti Panchavati
7 Times Square, Suite 2900
New York, New York 10036
Phone: (212) 714-3070
Email: butlert@whiteandwilliams.com
*Attorneys for Mihir Bhansali*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.*, | Case No. 18-10509 (SHL) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------x

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Trustee, Richard Levin (the "Trustee"), and the Defendants, Nirav Deepak Modi, Mihir Bhansali and Ajay Gandhi (together "Defendants"), that Defendants' time to file their replies is extended from January 8, 2020 to January 27, 2020;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the hearing will be adjourned from January 22, 2020 to February 10, 2020 at 11 am;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and as such shall have the same force and effect as the original signatures.

Dated: New York, New York
      January 6, 2020

-2-

| | |
|---|---|
| **WHITE AND WILLIAMS LLP** | **SERPE RYAN LLP** |
| By: _/s/ Nicole A. Sullivan_<br>Nicole A. Sullivan<br>*Attorneys for Mihir Bhansali*<br>7 Times Square, Suite 2900<br>New York, New York 10036<br>(212) 714-3070<br>sullivann@whiteandwilliams.com | By: __/s/ Silvia L. Serpe_____<br>Silvia L. Serpe<br>*Attorneys for Ajay Ghandi*<br>16 Madison Square West, 10th Fl<br>New York, New York 10010<br>212-257-5010<br>sserpe@serperyan.com |
| **JENNER & BLOCK LLP** | **PATTERSON BELKNAP WEBB TYLER LLP** |
| By: _/s/ Carl Wedoff_____<br>Carl Wedoff, Esq.<br>*Attorneys for Trustee Richard Levin*<br>919 Third Avenue<br>New York, New York 10022<br>212-891-1653<br>cwedoff@jenner.com | By: __/s Daniel S. Ruzumna_____<br>Daniel S. Ruzumna<br>*Attorneys for Nirav Modi*<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2034<br>druzumna@pbwt.com |

SO ORDERED: _____
Honorable Sean H. Lane