Hearing Date and Time: **April 7, 2020 at 2:00 p.m. EDT**

JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
William Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-1102 (SHL) |

**NOTICE OF ADJOURNMENT OF HEARING TO
CONSIDER MOTIONS TO DISMISS OF DEFENDANTS NIRAV
DEEPAK MODI, MIHIR BHANSALI, AND AJAY GANDHI**

**PLEASE TAKE NOTICE** that the hearing on *Defendant Ajay Gandhi's Motion to Dismiss the*

*First Amended Complaint* [Dkt. 36]*, Defendant Mihir Bhansali's Motion to Dismiss the First Amended*

1

Hearing Date and Time: **April 7, 2020 at 2:00 p.m. EDT**

*Complaint* [Dkt. 38], and *Defendant Nirav Deepak Modi's Motion to Dismiss the First Amended Complaint* [Dkt. 42] has been adjourned to **Tuesday, April 7, 2020 at 2:00 p.m. Eastern Daylight Time**, at which time the parties will appear before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Courtroom 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: February 24, 2020
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Vincent E. Lazar
Vincent E. Lazar
Angela Allen (admitted *pro hac vice*)
William Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com
aallen@jenner.com
wwilliams@jenner.com

Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
cwedoff@jenner.com

*Counsel for the Chapter 11 Trustee*

2