Hearing Date and Time: **April 30, 2020 at 10:00 a.m. EDT**

JENNER & BLOCK LLP
Vincent E. Lazar
Angela Allen (admitted *pro hac vice*)
William Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-1102 (SHL) |

**NOTICE OF ADJOURNMENT OF HEARING TO
CONSIDER MOTIONS TO DISMISS OF DEFENDANTS NIRAV
DEEPAK MODI, MIHIR BHANSALI, AND AJAY GANDHI**

**PLEASE TAKE NOTICE** that the hearing on *Defendant Ajay Gandhi's Motion to Dismiss the*

*First Amended Complaint* [Dkt. 36], *Defendant Mihir Bhansali's Motion to Dismiss the First Amended*

1

Hearing Date and Time: **April 30, 2020 at 10:00 a.m. EDT**

*Complaint* [Dkt. 38], and *Defendant Nirav Deepak Modi's Motion to Dismiss the First Amended Complaint* [Dkt. 42] has been adjourned to **Tuesday, April 30, 2020 at 10:00 a.m. Eastern Daylight Time**, at which time the parties will appear before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Courtroom 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and/or telephonically in accordance with General Order M-543, dated March 20, 2020. Registration to appear telephonically may be arranged at 866-582-6878 or https://courtcall.com/.

Dated: March 31, 2020  
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ Vincent E. Lazar  
Vincent E. Lazar  
Angela Allen (admitted *pro hac vice*)  
William Williams (admitted *pro hac vice*)  
353 North Clark Street  
Chicago, Illinois 60654  
(312) 222-9350  
vlazar@jenner.com  
aallen@jenner.com  
wwilliams@jenner.com  

Carl Wedoff  
919 Third Avenue  
New York, New York 10022  
(212) 891-1600  
cwedoff@jenner.com  

*Counsel for the Chapter 11 Trustee*