Nicole A. Sullivan, Esq.
Thomas E. Butler, Esq.
Shruti Panchavati, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036
Tel: 212-714-3070
Fax: 212-631-4431
sullivann@whiteandwilliams.com

*Attorneys for Mihir Bhansali*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>FIRESTAR DIAMOND, INC., et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 19-01102-shl |

**DECLARATION OF NICOLE A. SULLIVAN
IN SUPPORT OF DEFENDANT MIHIR BHANSALI'S MOTION FOR
<u>RULE 11 SANCTIONS OR TO STRIKE CERTAIN PLEADINGS</u>**

NICOLE A. SULLIVAN, an attorney duly admitted to practice law in the United

States Court of the Southern District of New York, states, under penalty of perjury, as follows:

1. I am a partner with the law firm of White and Williams LLP, counsel to Defendant Mihir Bhansali ("Defendant" or "Bhansali") in the above-captioned proceeding. I submit this declaration in support of Defendant Mihir Bhansali's Motion for Rule 11 Sanctions or to Strike Certain Pleadings (the "Motion"). I am familiar with the facts set forth herein based upon my own personal knowledge and upon my review of the records and materials produced in and relevant to this action.

2. A true and correct copy of the Trustee's original Complaint, filed on or about March 27, 2019, is annexed hereto as **Exhibit A**.

3. A true and correct copy of the Case Docket is annexed hereto as **Exhibit B**.

4. A true and correct copy of the Trustee's First Amended Complaint, dated September 20, 2019, is annexed hereto as **Exhibit C**.

5. A true and correct copy of Mr. Bhansali's Rule 11 Letter, dated November 13, 2019, is annexed hereto as **Exhibit D**.

6. A true and correct copy of the Trustee's Response to Mr. Bhansali's Rule 11 Letter, dated December 2, 2019, is annexed hereto as **Exhibit E**.

7. A true and correct copy of the email correspondence to counsel for the Trustee dated February 2020 inquiring whether the Trustee had reconsidered his position is annexed hereto as **Exhibit F**.

8. A true and correct copy of original Complaint Under Section 5(5) of the Prevention of Money Laundering Act, 2002 for Confirmation of PAO No. 17/2018 Dated 05.10.2018 is annexed hereto as **Exhibit G**.

9. A true and correct copy of the Directorate of Enforcement's Reply Submission on Appeal is annexed hereto as **Exhibit H**.

-3-

10. A true and correct copy of the bank statement for M.R. Family Trust for the period of May 31, 2007 through March 31, 2018 is annexed hereto as **Exhibit I**.

11. A true and correct copy of Mr. Bhansali's HSBC bank statement for the period of September 30, 2017 to October 31, 2017 is annexed hereto as **Exhibit J**.

12. A true and correct copy of the summary of the witness statements in the Indian Court Criminal Case against Nirav Modi is annexed hereto as **Exhibit K**.

Dated:   New York, New York
         March 31, 2020

                                            ___/s/ Nicole A. Sullivan_____
                                                  Nicole A. Sullivan