2ndsumm, FeeDueAP, PENAP

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 19-01103-shl

*Assigned to:* Judge Sean H. Lane     *Date Filed:* 03/27/19
*Lead BK Case:* 18-10509
*Lead BK Title:* Firestar Diamond, Inc. and Fantasy, Inc.
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:*   91 Declaratory judgment
                    21 Validity, priority or extent of lien or other interest in property

**Plaintiff**
-----------------------
**Richard Levin,** *Chapter 11 Trustee of Firestar Diamond, Inc., et al.*

represented by **Marc B. Hankin**
Jenner & Block LLP
919 Third Avenue
39th Floor
New York, NY 10022
(212) 891-1647
Fax : (212) 909-0864
Email: mhankin@jenner.com

**Carl N Wedoff**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
(212)891-1600
Fax : (212)891-1699
Email: cwedoff@jenner.com

V.

**Defendant**
-----------------------
**Nirav Deepak Modi**

represented by **Nirav Deepak Modi**
PRO SE

**Defendant**
-----------------------
**Ami Modi**

represented by **Daniel Ruzumna**
1133 Avenue of the Americas
New York, NY 10036
212-336-2034

Fax : 212-336-2222
Email: druzumna@pbwt.com

**Jeffrey C. Skinner**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2686
Email: jskinner@pbwt.com

*Defendant*
----------------------
**Deepak Modi**
40 Grosvenor House
2nd Floor
Peddar Road
Mombai-26 India

represented by **Deepak Modi**
PRO SE

*Defendant*
----------------------
**Mihir Bhansali**
50 Riverside Blvd.
Unit 24A
New York, NY 10069

represented by **Mihir Bhansali**
PRO SE

*Defendant*
----------------------
**Purvi Mehta**
7A Estoril Court Block 1
55 Garden Road
Mid-Levels West
Hong Kong

represented by **Purvi Mehta**
PRO SE

*Defendant*
----------------------
**Firestar Holdings Limited**
21/23, 2nd Floor
New Henry House
10 Ice House Street
Central Hong Kong

represented by **Firestar Holdings Limited**
PRO SE

*Defendant*
----------------------
**Firestar Diamond International, Inc.**
c/o Delaware Corporate Services Inc.
901 N. Market Street
Suite 705

represented by **Firestar Diamond International, Inc.**
PRO SE

Wilmington, DE 19801

*Defendant*
-----------------------
**Synergies Corporation**
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

represented by **Synergies Corporation**
PRO SE

*Defendant*
-----------------------
**AVD Trading, Inc.**
c/o Rochelle Miller, CEO
500 W. 2nd Street
Suite 1900 #108
Austin, TX 78701

represented by **AVD Trading, Inc.**
PRO SE

*Defendant*
-----------------------
**Firestar Group, Inc.**
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

represented by **Firestar Group, Inc.**
PRO SE

*Defendant*
-----------------------
**Nirav Modi, Inc.**
c/o Rochelle Miller, CEO
500 W. 2nd Street
Suite 1900#108
Austin, TX 78701

represented by **Nirav Modi, Inc.**
PRO SE

*Counter-Claimant*
-----------------------
**Ami Modi**

V.

*Counter-Defendant*
-----------------------
**Richard Levin,** *Chapter 11 Trustee of Firestar Diamond, Inc., et al.*

represented by **Marc B. Hankin**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 03/27/2019 | 1 | Adversary case 19-01103. Complaint against Nirav Deepak Modi, Ami |

| | | |
|---|---|---|
| | (19 pgs; 2 docs) | Modi, Deepak Modi, Mihir Bhansali, Purvi Mehta, Firestar International Limited, Firestar Holdings Limited, Firestar Diamond International, Inc., Synergies Corporation, AVD Trading, Inc., Firestar Group, Inc., Nirav Modi, Inc. (Fee Amount $ 350.). Nature(s) of Suit: (91 (Declaratory judgment)), (21 (Validity, priority or extent of lien or other interest in property)) Filed by Marc B. Hankin on behalf of Richard Levin. (Attachments: # 1 Exhibit A) (Hankin, Marc) (Entered: 03/27/2019) |
| 03/27/2019 | | Receipt of Complaint( 19-01103-shl) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A13112921. Fee amount 350.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 03/27/2019) |
| 03/27/2019 | 2 (4 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Angela M. Allen* filed by Marc B. Hankin on behalf of Richard Levin. (Attachments: # 1 Proposed Order) (Hankin, Marc) (Entered: 03/27/2019) |
| 03/27/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-01103-shl) [motion,122] ( 200.00) Filing Fee. Receipt number A13113075. Fee amount 200.00. (Re: Doc # 2) (U.S. Treasury) (Entered: 03/27/2019) |
| 03/27/2019 | 3 (2 pgs) | Notice of Appearance filed by Carl N Wedoff on behalf of Richard Levin. (Wedoff, Carl) (Entered: 03/27/2019) |
| 03/28/2019 | 4 (2 pgs) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 5/16/2019 at 10:00 AM at Courtroom 701 (SHL), Answer due by 4/29/2019, (Ortiz, Carmen) (Entered: 03/28/2019) |
| 03/28/2019 | 5 (11 pgs; 2 docs) | Motion to Approve *Order Regarding Nirav Deepak Modi's Time to Respond to the Complaint* (related document(s)1) filed by Marc B. Hankin on behalf of Richard Levin with hearing to be held on 4/15/2019 at 11:00 AM at Courtroom 701 (SHL) Responses due by 4/8/2019,. (Attachments: # 1 Exhibit A - Proposed Order) (Hankin, Marc) (Entered: 03/28/2019) |
| 04/01/2019 | 6 (19 pgs; 2 docs) | Amended Complaint against AVD Trading, Inc., Mihir Bhansali, Firestar Diamond International, Inc., Firestar Group, Inc., Firestar Holdings Limited, Purvi Mehta, Ami Modi, Deepak Modi, Nirav Deepak Modi, Nirav Modi, Inc., Synergies Corporation */First Amended Complaint to Determine Interests in Property (Sculptures)* (related document(s)1) Filed by Marc B. Hankin on behalf of Richard Levin. (Attachments: # 1 Exhibit A) (Hankin, Marc) (Entered: 04/01/2019) |
| 04/02/2019 | | Request for a Amended Summons filed by Marc B. Hankin on behalf of Richard Levin. (Hankin, Marc) (Entered: 04/02/2019) |
| 04/02/2019 | 7 (2 pgs) | **Second** Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 5/21/2019 at 10:00 AM at Courtroom 701 (SHL), Answer due by 5/2/2019, (Ortiz, Carmen) (Entered: 04/02/2019) |
| 04/05/2019 | 8 (3 pgs) | Affidavit of Service *re: First Amended Complaint to Determine Interests in Property (Sculptures) [Adv. Docket No. 6] and Second Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 7]* (related document(s)7, 6) filed by Omni Management Group, Inc.. (Osborne, Brian) (Entered: 04/05/2019) |

| | | |
|---|---|---|
| 04/05/2019 | 9<br>(53 pgs; 3 docs) | Notice of Presentment / *Chapter 11 Trustee's Application for Issuance of a Letter of Request for Judicial Assistance in Service of Process* filed by Marc B. Hankin on behalf of Richard Levin. with presentment to be held on 4/12/2019 at 12:00 PM at Courtroom 701 (SHL) Objections due by 4/12/2019, (Attachments: # 1 Exhibit A # 2 Exhibit B)(Hankin, Marc) (Entered: 04/05/2019) |
| 04/10/2019 | 10<br>(2 pgs) | Order Signed On 4/10/2019, Granting Application For Pro Hac Vice Re: Angela M. Allen (Related Doc # 2) (Ebanks, Liza) (Entered: 04/10/2019) |
| 04/16/2019 | 11<br>(3 pgs) | Affidavit of Service *Supplemental re: First Amended Complaint to Determine Interests in Property (Sculptures) [Adv. Docket No. 6] and Second Summons and Notice of Pretrial Conference In an Adversary Proceeding [Adv. Docket No. 7]* (related document(s)7, 6) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 04/16/2019) |
| 04/18/2019 | 12<br>(2 pgs) | Order Signed On 4/18/2019, Setting Foreign Defendant Nirav Deepak Modi's Time To Respond To The Complaint. (Related Doc # 5) (Ebanks, Liza) (Entered: 04/18/2019) |
| 04/18/2019 | 13<br>(2 pgs) | Order Signed On 4/18/2019, Issuing A Letter of Request For Service Abroad Of Judicial Documents In Civil Or Commercial Matters. (related document(s)9) (Ebanks, Liza) (Entered: 04/18/2019) |
| 04/24/2019 | 14<br>(11 pgs; 2 docs) | Motion to Approve / *Chapter 11 Trustee's Motion for an Order Setting Certain Non-U.S. Defendants' Time to Respond to the Complaint* filed by Marc B. Hankin on behalf of Richard Levin with hearing to be held on 5/1/2019 at 12:00 PM at Courtroom 701 (SHL). (Attachments: # 1 Exhibit A - Proposed Order) (Hankin, Marc) (Entered: 04/24/2019) |
| 04/26/2019 | 15<br>(1 pg) | Certificate of Mailing (related document(s)9, 13) Filed by Clerk's Office of the U.S. Bankruptcy Court. (Cantrell, Deirdra) (Entered: 04/26/2019) |
| 04/30/2019 | 16<br>(3 pgs) | Affidavit of Service *re: Notice of Presentment of Chapter 11 Trustees Motion for an Order Setting Certain Non-U.S. Defendants Time to Respond to the Complaint [Adv. Docket No. 14]* (related document(s)14) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 04/30/2019) |
| 05/02/2019 | 17<br>(4 pgs) | Notice of Appearance in Adversary Proceeding filed by Daniel Ruzumna on behalf of Ami Modi. (Ruzumna, Daniel) (Entered: 05/02/2019) |
| 05/02/2019 | 18<br>(12 pgs) | Answer to Amended Complaint (Related Doc # 6), Counterclaim against Richard Levin filed by Daniel Ruzumna on behalf of Ami Modi. (Ruzumna, Daniel) (Entered: 05/02/2019) |
| 05/03/2019 | 19<br>(3 pgs) | Affidavit of Service (related document(s)17, 18) Filed by Daniel Ruzumna on behalf of Ami Modi. (Ruzumna, Daniel) (Entered: 05/03/2019) |
| 05/13/2019 | 20<br>(2 pgs) | Notice of Adjournment of Hearing /*Pretrial Conference* filed by Marc B. Hankin on behalf of Richard Levin. with hearing to be held on 7/17/2019 at 11:00 AM at Courtroom 701 (SHL) (Hankin, Marc) (Entered: 05/13/2019) |
| 05/14/2019 | 21 | Order Signed On 5/14/2019, Setting Certain Non-U.S. Defendants' Time |

| | | |
|---|---|---|
| | (2 pgs) | To Respond To The Complaint. (Related Doc # 14) (Ebanks, Liza) (Entered: 05/14/2019) |
| 05/17/2019 | 22 (6 pgs) | Affidavit of Service *re: Notice of Adjournment of Hearing/Pretrial Conference [Adv. Docket No. 20]* (related document(s)20) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 05/17/2019) |
| 05/17/2019 | 23 (6 pgs) | Affidavit of Service *re: Order Setting Certain Non-U.S. Defendants Time to Respond to The Complaint [Adv. Docket No. 21]* (related document(s)21) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 05/17/2019) |
| 05/17/2019 | 24 (11 pgs) | Answer to Counterclaim (Related Doc # 18) filed by Marc B. Hankin on behalf of Richard Levin. (Hankin, Marc) (Entered: 05/17/2019) |
| 05/22/2019 | 25 (3 pgs) | Affidavit of Service *re: Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding) re Christie's Inc., Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding) re Sotheby's, Inc., and Notice of Third-Party Subpoenas* filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 05/22/2019) |
| 05/22/2019 | 26 (3 pgs) | Affidavit of Service *re: Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding) re Sotheby's, Inc.,* filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 05/22/2019) |
| 05/22/2019 | 27 (3 pgs) | Affidavit of Service *re: Plaintiffs Answer to Counterclaims of Defendant Ami Javeri (f/k/a Ami Modi) [Adv. Docket No. 24]* (related document(s)24) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 05/22/2019) |
| 06/03/2019 | 28 (103 pgs; 3 docs) | Letter (related document(s)13) Filed by Carl N Wedoff on behalf of Richard Levin. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Wedoff, Carl) (Entered: 06/03/2019) |
| 06/07/2019 | 29 (2 pgs) | Letter *Dated 5/29/2019 Re: Respond To The Amended Complaint* (related document(s)6) Filed by Raf Verstraeten. (Mercado, Tracey) (Entered: 06/07/2019) |
| 08/07/2019 | 30 (41 pgs; 3 docs) | Request for Clerk's Entry of Default *against defendants Deepak Modi, Purvi Mehta, Mihir Bhansali, Firestar Holdings Limited, Synergies Corporation, AVD Trading, Inc., Nirav Modi, Inc., Firestar Diamond International, Inc., and Firestar Group, Inc.* filed by Marc B. Hankin on behalf of Richard Levin. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hankin, Marc) (Entered: 08/07/2019) |
| 08/09/2019 | 31 (2 pgs; 2 docs) | Clerk's Entry of Default against Deepak Modi (related document(s)30) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | 32 (2 pgs; 2 docs) | Clerk's Entry of Default against Purvi Mehta (related document(s)30) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | 33 (2 pgs; 2 docs) | Clerk's Entry of Default against Firestar Holdings Limited (related document(s)30) (McCaffrey, Dawn) (Entered: 08/09/2019) |

| | | |
|---|---|---|
| 08/09/2019 | [34](#) (2 pgs; 2 docs) | Clerk's Entry of Default against AVD Trading, Inc. (related document(s)[30](#)) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | [35](#) (2 pgs; 2 docs) | Clerk's Entry of Default against Nirav Modi, Inc. (related document(s)[30](#)) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | [36](#) (2 pgs; 2 docs) | Clerk's Entry of Default against Synergies Corporation (related document(s)[30](#)) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | [37](#) (2 pgs; 2 docs) | Clerk's Entry of Default against Mihir Bhansali (related document(s)[30](#)) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | [38](#) (2 pgs; 2 docs) | Clerk's Entry of Default against Firestar Diamond International, Inc. (related document(s)[30](#)) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | [39](#) (2 pgs; 2 docs) | Clerk's Entry of Default against Firestar Group, Inc. (related document(s)[30](#)) (McCaffrey, Dawn) (Entered: 08/09/2019) |
| 08/09/2019 | [40](#) (53 pgs; 4 docs) | Motion for Default Judgment (related document(s)[33](#), [36](#), [37](#), [34](#), [31](#), [35](#), [39](#), [38](#), [32](#)) filed by Marc B. Hankin on behalf of Richard Levin. with hearing to be held on 8/22/2019 at 11:00 AM at Courtroom 701 (SHL) Responses due by 8/15/2019, (Attachments: # [1](#) Exhibit A - Clerk's Entries of Default # [2](#) Exhibit B - Amended Complaint # [3](#) Exhibit C - Proposed Order) (Hankin, Marc) (Entered: 08/09/2019) |
| 08/09/2019 | [41](#) (3 pgs) | Affidavit of Service *re: Chapter 11 Trustees Motion for Entry of Default Judgment Against Defendants Deepak Modi, Purvi Mehta, Mihir Bhansali, Firestar Holdings Limited, Synergies Corporation, AVD Trading, Inc., Nirav Modi, Inc., Firestar Diamond International, Inc., and Firestar Group, Inc. [Adv. Docket No. 40]* (related document(s)[40](#)) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 08/09/2019) |
| 08/11/2019 | [42](#) (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # [31](#))) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | [43](#) (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # [32](#))) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | [44](#) (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # [33](#))) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | [45](#) (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # [34](#))) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | [46](#) (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # [35](#))) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | [47](#) (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # [36](#))) . Notice Date 08/11/2019. (Admin.) (Entered: |

| | | |
|---|---|---|
| | | 08/12/2019) |
| 08/11/2019 | 48 (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 37)) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | 49 (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 38)) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/11/2019 | 50 (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 39)) . Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/21/2019 | 51 (2 pgs) | Scheduling And Pre-Trial Order Signed On 8/21/2019, With Final Pre-Trial Conference to be held on 11/12/2019 at 10:00 AM at Courtroom 701 (SHL) (Ebanks, Liza) (Entered: 08/21/2019) |
| 08/23/2019 | 52 (2 pgs) | Order Signed On 8/23/2019, Granting Chapter 11 Trustee's Motion For Entry Of Default Judgment Against Defendants Deepak Modi, Purvi Mehta, Mihir Bhansali, Firestar Holdings Limited, Synergies Corporation, AVD Trading, Inc., Nirav Modi, Inc., Firestar Diamond International, Inc., And Firestar Group, Inc. (Related Doc # 40) (Ebanks, Liza) (Entered: 08/23/2019) |
| 08/28/2019 | 53 (4 pgs) | Affidavit of Service *re: Scheduling and Pre-Trial Order [Adv. Docket No. 51]* (related document(s)51) filed by Omni Management Group, Inc.. (Osborne, Brian) (Entered: 08/28/2019) |
| 09/13/2019 | 54 (2 pgs) | Amended Scheduling Order Signed On 9/13/2019. (Ebanks, Liza) (Entered: 09/13/2019) |
| 10/11/2019 | 55 (42 pgs) | Certificate of Service filed by Carl N Wedoff on behalf of Richard Levin. (Wedoff, Carl) (Entered: 10/11/2019) |
| 10/16/2019 | 56 (29 pgs) | Affidavit of Service *re: Notice of Trustees Third-Party Subpoena to UBS and Trustees Third-Party Subpoena to UBS* filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 10/16/2019) |
| 10/21/2019 | 57 (2 pgs) | Second Amended Scheduling And Pre-Trial Order Signed On 10/21/2019, With Final Pre-Trial Conference To Be Held On 12/19/2019 at 10:00 AM at Courtroom 701 (SHL) (Ebanks, Liza) (Entered: 10/21/2019) |
| 12/10/2019 | 58 (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Jeffrey C. Skinner on behalf of Ami Modi. (Skinner, Jeffrey) (Entered: 12/10/2019) |
| 01/17/2020 | 59 (3 pgs) | Notice of Dismissal / *Stipulation of Dismissal with Prejudice* filed by Marc B. Hankin on behalf of Richard Levin. (Hankin, Marc) (Entered: 01/17/2020) |