# Redacted

---

**From:** Lazar, Vincent E. <VLazar@jenner.com>
**Sent:** Thursday, February 20, 2020 11:38 AM
**To:** Butler, Thomas <Butlert@whiteandwilliams.com>
**Cc:** Wedoff, Carl N. <CWedoff@jenner.com>
**Subject:** Firestar

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Dear Mr. Butler,

I am writing in response to your call yesterday to my colleague Carl Wedoff.  I understand that (1) you plan to proceed with a motion for sanctions and motion to strike in the above-referenced adversary proceeding; (2) your arguments will be narrower than those in your November 13, 2019 letter addressed to Mr. Wedoff, to which I responded on December 2, 2019; and (3) you would like to know if the Trustee is willing to discuss the motion(s) before you proceed.

We do not anticipate changing the position set forth in our December 2 letter, in which we have confidence.  We are, however, always willing to listen if you would like to send us a summary of what you intend to argue.  We also note that under Bankruptcy Rule 9011(c)(1)(A), any motion for sanctions "may not be filed with or presented to the court unless, within 21 days after service of the motion (or such other period as the court may prescribe), the challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected . . . ." Fed. R. Bankr. P. 9011(c)(1)(A); *accord* Fed. R. Civ. P. 11(c)(2) (motion for sanctions "must not be filed or be presented to the court if the

1

challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets"). We remind you of your obligation to serve the Trustee with any motion for sanctions before filing it with the bankruptcy court.

Sincerely,
Vince Lazar

**Vincent E. Lazar**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2989 | TEL
VLazar@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.