**HSBC Premier**
**Statement of Account**
Account Number Redacted

**September 30, 2017 - October 31, 2017**
Page 1 of 3

*100690252410*

```
MIHIR RASHMI BHANSALI        32-00611P
RAKHI MIHIR BHANSALI
50 RIVERSIDE BLVD APT 24A
NEW YORK NY 10069-0252
```

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
US Private Bank
452 Fifth Avenue, 6th Floor
New York, NY 10018
**Your Relationship Manager**
Andrew J Passeri
1-212-525-8501

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 10/31/2017

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | Redacted | | | | | |
| TOTAL CHECKING | | | | | | Redacted |
| **SAVINGS ACCOUNTS** | | | | | | |
| Redacted | | | | | | |
| TOTAL SAVINGS | | | | | | Redacted |

TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF OCT 31:   Redacted

## ACCOUNT DETAIL

**HSBC PREMIER**      Redacted      **US Private Bank**
MIHIR RASHMI BHANSALI
RAKHI MIHIR BHANSALI

**ADD THIS AMOUNT TO YOUR RECORDS:  $6.04**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS:   SEP 29, 2017**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/02/17 | 58SEND FED BANK OF AMERICA N.A.*BBK:BANK OF SINGAPORE LIMITED (FORMERLY,SINGAPORE*BNF:PURVI DEEPAK MODI,SINGAPORE, SINGAPORE*OBI:AGAINST LOAN FEBRUARY 2017 WITH   CORRESPONDING INTEREST*BBI:/CTO/*MEFEDSEQ:B1Q8982C004036*TIME:1721*YR REF:DPBBUF4391*MMB REF:275479691 | 1,518,350.00 | | Redacted |

Redacted

*Please examine your statement at once.  For your convenience,*
*instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your*
*new address.  All deposited items are credited subject to final payment.*

MIHIR RASHMI BHANSALI
RAKHI MIHIR BHANSALI

**HSBC Premier**
**Statement of Account**
Account Number  Redacted

**September 30, 2017 - October 31, 2017**
Page  2  of  3

| HSBC PREMIER | Redacted | US Private Bank | (CONTINUED) |
|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|

Redacted

**ITEMS PAID ON THIS STATEMENT:**

NUMBERED CHECKS:

Redacted

\* GAP IN PAID CHECK SEQUENCE

OTHER ITEMS:

Redacted

MIHIR RASHMI BHANSALI
RAKHI MIHIR BHANSALI

**HSBC Premier**
**Statement of Account**
Account Number Redacted
**September 30, 2017 - October 31, 2017**
Page  3  of  3

| **HSBC PREMIER** | Redacted | **US Private Bank** | **(CONTINUED)** |

OTHER ITEMS:

Redacted

Redacted  Redacted  **ALTERNATIVE DELIVERY CHANNEL**
**RAKHI MIHIR BHANSALI**
**MIHIR BHANSALI**

DATE OF YOUR LAST STATEMENT WAS:  **SEP 29, 2017**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|

Redacted

# How to balance your Account

USE THESE STEPS TO BRING YOUR REGISTER BALANCE INTO AGREEMENT WITH THIS STATEMENT.

1. Adjust your register balance for interest (if any) not previously recorded.

2. Compare deposits, interest and other additions shown on this statement with your records.

   a) Adjust your register balance for any automatic transfers or other additions not previously recorded.

   b) Record recent deposits made but not showing on this statement in area "A."

3. Compare checks shown on this statement with your records and record in area "B" all checks/withdrawals which have been written or made but have not been charged to your account.

4. Compare other subtractions shown on this statement with your records.

   a) List those which have been made but are not shown on this statement in area "B."

   b) Adjust your register balance for any other subtractions not previously recorded.

5. Compare fees charged to your account with your records and adjust your register balance for any not previously recorded.

| | | |
|---|---|---|
| 6. Enter new balance shown on statement. | | |
| 7. Enter total area "A." | | |
| 8. Add lines 6 and 7. | | |
| 9. Enter total from area "B." | | |
| 10. Subtract line 9 from line 8. This should be your present register balance. If not, the most common mistakes are either an error in arithmetic or a service charge not listed in your register. If you need further assistance, please bring this statement to your banking office. | | |

| AREA "A" | | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| AREA "B" | | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |
| Add the Check Charges for the outstanding checks listed above, if applicable | | |
| GRAND TOTAL | | |

## For Consumer Accounts Only:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) mean a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers, c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

HSBC Bank USA, National Association
© 2008 HSBC Bank USA, National Association

Member FDIC