**HDFC BANK**

HDFC BANK LTD
101-104 Tulsiani Chambers,
Free Press Journal Marg, Nariman Point,
Mumbai - 400 021

Fax: 2287 6505

Page No. : 1

```
                                   TO BE DISPATCHED TO BRANCH: NARIMAN PT TULSIANI CHMBRS
                                               Address        : 101-104 TULSIANI CHAMBERS
M/S.  M R FAMILY TRUST                                          FREE PRESS JOURNAL MARG
FLAT NO 211 21 FLOOR                                            NARIMAN POINT
CASABLANCA                                     City            : MUMBAI 400 021
39 CUFFE PARADE                                State           : MAHARASHTRA
MUMBAI 400008                                  Phone No.       : 022-61606161
MAHARASHTRA INDIA                              RTGS/NEFT IFSC  : HDFC0000001   MICR: 400240003
JOINT HOLDERS :                                Email           :
                                               OD Limit        :              0.00  Currency : INR
                                               Cust Id         : Redacted     Pr. Code : Redacted  Br. Code : Redacted
Nomination     : Not Registered                Account No.     : Redacted                OTHER
Statement From: 31/05/07       To: 31/03/18    A/C open date   : 31/05/2007  Expected AQB : 25,000.00
                                               Account Status  : NO DEBIT DORMANT
```

```
07/06/07   CHQ DEP-MICR CLG-CST FORT, MUMBA    Redacted    08/06/07           25,000.00     25,000.00
20/06/11   CHQ DEP-MICR CLG-MUMBAI - CLEARI                21/06/11           25,000.00     50,000.00
08/04/13   CHQ DEP-MICR CLG-MUMBAI - CLEARI                09/04/13          100,000.00    150,000.00
*******************************************************************************************

           STATEMENT SUMMARY :-
               Opening Balance            Dr Count   Cr Count      Debits       Credits    Closing Bal
                         0.00                  0        3            0.00    150,000.00    150,000.00

Generation Date : 21-Sep-19 11:50      Generated by : P13838            Requesting Branch Code: 1
                                       **END OF STATEMENT**
```

Your statement generation frequency is bimonthly and the next statement will be generated on the same day next bimonth end.
Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.



P13838
Pooja Pokharkar

*HDFC BANK LTD TULSIANI BRANCH Mumbai - 400 021*

Scanned with CamScanner