**Alfred X Leong**

| | |
|---|---|
| **From:** | Daniel Lado |
| **Sent:** | Wednesday, March 01, 2017 11:12 AM |
| **To:** | Alfred X Leong |
| **Subject:** | FW: Follow-up   Bhansali   2059833141 |
| **Classification:** | INTERNAL |

Please upload.

**Daniel Lado**
PRIVATE BANK MORTGAGE CONSULTANT | HSBC Bank USA, NA
452 5th Ave. 5th Fl., New York, NY 10018
NMLS#410079

Phone.  212-525-5613
Email.   daniel.lado@us.hsbc.com

**From:** Lizette X Lara
**Sent:** Tuesday, February 28, 2017 11:22 AM
**To:** Daniel Lado <daniel.lado@us.hsbc.com>
**Subject:** RE: Follow-up Bhansali 2059833141

Does this help?

```
MIHIR BHANSALI                                                    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
System: TDA  Account:         '6374  Rel:  R      *NOTE*
MIHIR/BHANSALI/                       RAKHI/BHANSALI/


23 PARK AVE APT 2A
NEW YORK NY 10016-3871
                                                                    CTRY:US
-----------------------------------------------------------------------------
Subject                                                       .Note Created.
WARN                                                          02/27/17 17:14
READ NOTE BEFORE SERVICING ACCOUNT (9999)
THIS IS A PB COLLATERAL FOR TMS LOAN. DO NOT RELEASE WITHOUT  AUTHORIZATION F
ROM CACG COLLATERAL (EMAIL ADDRESS) AND OR (PETER J KOCH 212-525-7968 OR MARI
A FUCCI 212-525-8676)
```

Best regards,

1

**Lizette Lara**
**Vice President**
**Client Service Executive**
HSBC Private Bank, 452 Fifth Avenue, 6th Floor, New York, NY 10018
Tel  212- 525-3665 | Fax 646-366-7067 | Email lizette.x.lara@hsbcpb.com
www.hsbcprivatebank.com


Private Bank
A division of HSBC Bank USA, NA

HSBC Private Bank is the marketing name for the private banking business conducted by the principal private banking subsidiaries of the HSBC Group worldwide. In the United States, HSBC Private Bank offers banking services through HSBC Bank USA, N.A. and HSBC Private Bank International, and provides securities and brokerage services through HSBC Securities (USA) Inc. HSBC Bank USA, N.A. - Member FDIC. Securities and Annuity Products are provided by Registered Representatives and Insurance Agents of HSBC Securities (USA) Inc., member NYSE/FINRA/SIPC, a registered Futures Commission Merchant, a wholly owned subsidiary of HSBC Markets (USA) Inc. and an indirectly wholly owned subsidiary of HSBC Holdings plc. Securities Products are: Not a deposit or other obligation of the bank or any of its affiliates; Not FDIC insured or insured by any federal government agency of the United States; Not guaranteed by the bank or any of its affiliates; and subject to investment risk, including possible loss of principal invested. All decisions regarding the tax implications of your investment(s) should be made in connection with your independent tax advisor. This information is being provided at your request and does not replace or supersede your normal trade confirmation or your HSBC Securities (USA), Inc statement. This information is subject to daily market fluctuations and is not intended for tax purposes. HSBC Securities (USA), Inc does not guarantee the accuracy or completeness of this information.

This message is intended to be received by the addressee only and/or is made following the addressee's specific request and is not intended to be distributed to the general public in the addressee's country of residence. The communication does not, in any manner, constitute a public offering or advertisement of the products or services referred to herein. It is not an offer or solicitation to buy or sell a product. If you are a resident in one of the following countries, you must read the specific product and service disclosures which are available at: Email disclaimer

Bahrain, Brazil, Chile, Ecuador, Egypt, Guatemala, Hong Kong, India, Kuwait, Luxembourg, Malaysia, Mexico, Peru, Qatar, Russia, Singapore, Spain, Sweden, Thailand, Turkey, Ukraine, United Kingdom and Venezuela

**From:** Daniel Lado
**Sent:** Tuesday, February 28, 2017 9:43 AM
**To:** Lizette X Lara <lizette.x.lara@hsbcpb.com>
**Subject:** RE: Follow-up Bhansali 2059833141

Got but do you have a screen shot that $50K was actually restrained. The amount below is over $1MM and PHH will ask to see the $50K.

Thank you


**Daniel Lado**
PRIVATE BANK MORTGAGE CONSULTANT  |  HSBC Bank USA, NA
452 5th Ave. 5th Fl.. New York, NY 10018
NMLS#410079

Phone.   212-525-5613
Email.   daniel.lado@us.hsbc.com


**From:** Lizette X Lara
**Sent:** Tuesday, February 28, 2017 9:38 AM
**To:** Daniel Lado <daniel.lado@us.hsbc.com>
**Subject:** RE: Follow-up Bhansali 2059833141

Dan,

The screen shot below shows the "R" & "A" for retraint and assigned on the account.

```
MIHIR BHANSALI
SYSTEM: TDA   ACCOUNT:              6374   REL:   R        *NOT


MIHIR/BHANSALI/                                RAKHI/BHANSALI/
23 PARK AVE APT 2A
NEW YORK NY 10016-3871


UBL                    0.00    ALC  [R A]  C    DOP 11/02/07 RS
CHN    0   CHA                 0.00    AHA                  0.00
UPC              0.00                  UNC                  0.00
BAL      1,051,082.44                  ABL          1,051,082.44
DF1              0.00                  DF2                  0.00
PEN              0.00                  UPI                  0.00
IAP             17.34                  IAV                  0.00
FWY              0.00                  TRF  000000000   INT C912
```

Best regards,

**Lizette Lara**
**Vice President**
**Client Service Executive**
HSBC Private Bank, 452 Fifth Avenue, 6th Floor, New York, NY 10018
Tel  212- 525-3665 | Fax 646-366-7067 | Email lizette.x.lara@hsbcpb.com
www.hsbcprivatebank.com


A division of HSBC Bank USA, NA

HSBC Private Bank is the marketing name for the private banking business conducted by the principal private banking subsidiaries of the HSBC Group worldwide. In the United States, HSBC Private Bank offers banking services through HSBC Bank USA, N.A. and HSBC Private Bank International, and provides securities and brokerage services through HSBC Securities (USA) Inc. HSBC Bank USA, N.A. - Member FDIC. Securities and Annuity Products are provided by Registered Representatives and Insurance Agents of HSBC Securities (USA) Inc., member NYSE/FINRA/SIPC, a registered Futures Commission Merchant, a wholly owned subsidiary of HSBC Markets (USA) Inc. and an indirectly wholly owned subsidiary of HSBC Holdings plc. Securities Products are: Not a deposit or other obligation of the bank or any of its affiliates; Not FDIC insured or insured by any federal government agency of the United States; Not guaranteed by the bank or any of its affiliates; and subject to investment risk, including possible loss of principal invested. All decisions regarding the tax implications of your investment(s) should be made in connection with your independent tax advisor. This information is being provided at your request and does not replace or supersede your normal trade confirmation or your HSBC Securities (USA), Inc statement. This information is subject to daily market fluctuations and is not intended for tax purposes. HSBC Securities (USA), Inc does not guarantee the accuracy or completeness of this information.

This message is intended to be received by the addressee only and/or is made following the addressee's specific request and is not intended to be distributed to the general public in the addressee's country of residence. The communication does not, in any manner, constitute a public offering or advertisement of the products or services referred to herein. It is not an offer or solicitation to buy or sell a product. If you are a resident in one of the following countries, you must read the specific product and service disclosures which are available at: Email disclaimer

Bahrain, Brazil, Chile, Ecuador, Egypt, Guatemala, Hong Kong, India, Kuwait, Luxembourg, Malaysia, Mexico, Peru, Qatar, Russia, Singapore, Spain, Sweden, Thailand, Turkey, Ukraine, United Kingdom and Venezuela

**From:** Daniel Lado
**Sent:** Tuesday, February 28, 2017 9:36 AM
**To:** Jasper X Wong <jasper.x.wong@hsbcpb.com>
**Cc:** Andrew J Passeri <andrew.j.passeri@hsbcpb.com>; Lizette X Lara <lizette.x.lara@hsbcpb.com>
**Subject:** RE: Follow-up Bhansali 2059833141

Guys,

Is the $50K blocked. I can't tell based on this screen shot.

Thank you


**Daniel Lado**
PRIVATE BANK MORTGAGE CONSULTANT | HSBC Bank USA, NA
452 5th Ave. 5th Fl., New York, NY 10018
NMLS#410079

Phone.   212-525-5613
Email.   daniel.lado@us.hsbc.com


**From:** Jasper X Wong
**Sent:** Monday, February 27, 2017 5:21 PM
**To:** Daniel Lado <daniel.lado@us.hsbc.com>
**Cc:** Andrew J Passeri <andrew.j.passeri@hsbcpb.com>; Lizette X Lara <lizette.x.lara@hsbcpb.com>
**Subject:** Follow-up Bhansali 2059833141

Hi Dan,

Here's the restraint.

```
CIF141P                                    CUSTOMER INFORMATION FILE
GO TO: _                                      ACCOUNT SUMMARY - OPEN
MIHIR BHANSALI
SYSTEM: TDA    ACCOUNT:            6374   REL:    R            *NO


MIHIR/BHANSALI/                                    RAKHI/BHANSALI/
23 PARK AVE APT 2A
NEW YORK NY 10016-3871


UBL                    0.00    ALC   R A   C    DOP 11/02/07
CHN    0   CHA         0.00    AHA                       0.00
UPC                    0.00    UNC                       0.00
BAL            1,051,082.44    ABL               1,051,082.44
DF1                    0.00    DF2                       0.00
PEN                    0.00    UPI                       0.00
IAP                   13.02    IAV                       0.00
FWY                    0.00    TRF   000000000    INT C91
```

Regards,
**Jasper Wong**
Vice President | HSBC Private Bank
452 Fifth Avenue, 6th Floor, New York, NY 10018
Tel +1 212 525 8572 | Fax +1 646 366 7067
Email jasper.x.wong@hsbcpb.com

HSBC
Private Bank

HSBC Private Bank is the marketing name for the private banking business conducted by the principal private banking subsidiaries of the HSBC Group worldwide. In the United States, HSBC Private Bank offers banking services through HSBC Bank USA, N.A. and HSBC Private Bank International, and provides securities and brokerage services through HSBC Securities (USA) Inc. HSBC Bank USA, N.A. - Member FDIC. Investments and certain insurance products, including annuities, are offered by HSBC Securities (USA) Inc. (HSI), member NYSE/FINRA/SIPC. In California, HSI conducts insurance business as HSBC Securities Insurance Services. License #: 0E67746. HSI is an affiliate of HSBC Bank USA, N.A. Whole life, universal life and term life are provided by unaffiliated third parties and are offered through Insurance Agents of HSBC Insurance Agency (USA) Inc., which is a wholly owned subsidiary of HSBC Bank USA, N.A. Products and services may vary by state and are not available in all states. California license # OD36843 Investments, Annuity and Insurance Products: Are not a deposit or other obligation of the bank or any of its affiliates; Not FDIC insured or insured by any federal government agency of the United States; Not guaranteed by the bank or any of its affiliates; and are subject to investment risk, including possible loss of principal invested.

All decisions regarding the tax implications of your investment(s) should be made in connection with your independent tax advisor.

This information is being provided at your request and does not replace or supersede your normal trade confirmation or HSBC Securities (USA), Inc statement. This information is subject to daily market fluctuations and is not intended for tax purposes. HSBC Securities (USA), Inc does not guarantee the accuracy or completeness of this information.

This message is intended to be received by the addressee only and/or is made following the addressee's specific request and is not intended to be distributed to the general public in the addressee's country of residence. The communication does not, in any manner, constitute a public offering or advertisement of the products or services referred

to herein. It is not an offer or solicitation to buy or sell a product. If you are a resident in one of the following countries, you must read the specific product and service disclosures which are available at: Email disclaimer
Bahrain, Brazil, Chile, Ecuador, Egypt, Guatemala, Hong Kong, India, Kuwait, Luxembourg, Malaysia, Mexico, Peru, Qatar, Russia, Singapore, Spain, Sweden, Thailand, Turkey, Ukraine, United Kingdom and Venezuela

**From:** Daniel Lado
**Sent:** Monday, February 27, 2017 3:12 PM
**To:** Jasper X Wong <jasper.x.wong@hsbcpb.com>
**Subject:** RE: Hello Again and Follow-up Bhansali 2059833141

Jasper,

Are the side collateral funds in yet? Let me know when you have them blocked.

Thank you

**Daniel Lado**
PRIVATE BANK MORTGAGE CONSULTANT | HSBC Bank USA, NA
452 5th Ave. 5th Fl., New York, NY 10018
NMLS#410079

Phone.   212-525-5613
Email.   daniel.lado@us.hsbc.com