**DIAMONDS 'R' Us.**  in "INR Crores"

| | FY-2008-09 | FY-2009-10 | FY-2010-11 | FY-2011-12 | FY-2012-13 | FY-2013-14 | FY-2014-15 | FY-2015-16 | FY-2016-17 |
|---|---|---|---|---|---|---|---|---|---|
| **P&L** | | | | | | | | | |
| Sales | 794.94 | 3,264.51 | 3,461.27 | 933.11 | 665.89 | 897.63 | 878.93 | 1,485.08 | 2,754.01 |
| Other Income | 0.09 | 0.09 | 0.15 | 0.09 | 0.07 | 6.22 | 0.03 | 9.48 | 1.01 |
| COGS | 741.85 | 3,155.68 | 3,428.64 | 924.95 | 640.64 | 872.18 | 827.14 | 1,386.71 | 2,699.69 |
| GM | 53.19 | 108.92 | 32.78 | 8.25 | 25.31 | 31.67 | 51.82 | 107.86 | 55.33 |
| GM% | 6.69% | 3.34% | 0.95% | 0.88% | 3.80% | 3.50% | 5.90% | 7.22% | 2.01% |
| | | | | | | | | | |
| Discount given | - | - | - | - | - | - | - | - | 49.29 |
| | | | | | | | | | |
| Expenses | (3.67) | (3.02) | 3.67 | 30.08 | 30.41 | 28.07 | 47.68 | 93.95 | (0.35) |
| PBT | 56.86 | 111.94 | 29.10 | (21.83) | (5.10) | 3.60 | 4.14 | 13.91 | 6.39 |
| Tax on profits | 0.01 | 0.76 | 1.46 | 1.01 | (0.39) | (0.49) | (0.72) | (0.14) | 1.49 |
| PAT | 56.85 | 111.18 | 27.64 | (22.85) | (4.71) | 4.10 | 4.86 | 14.05 | 4.91 |
| | - | - | - | - | - | - | - | - | - |
| **Balance sheet** | - | - | - | - | - | - | - | - | - |
| FD | - | 2,894.35 | - | 1,357.95 | 6.57 | - | - | - | - |
| BC open | - | 90.11 | 2,366.10 | 2,374.73 | 557.00 | 356.85 | 823.23 | 1,276.24 | 1,741.04 |
| | | | | | | | | | |
| **Cash flow** | | | | | | | | | |
| Withdrawals (over 1 cr.), and who | - | - | - | - | - | - | - | - | - |
| NDM Family Trust | - | 127.45 | - | - | - | - | - | - | - |
| Tushar Agarwal | - | 4.85 | - | - | - | - | - | - | - |
| Withdrawals (over 1 cr.), and who | - | - | - | - | - | - | - | - | - |
| MR Family Trust | - | - | - | 32.83 | - | - | - | - | - |
| NDM Family Trust | - | - | - | 548.44 | - | - | - | - | - |
| MAT paid | 3.25 | 3.93 | - | - | - | - | - | 0.13 | 1.86 |
| | | | | | | | | | |
| **Top 10 Customers** | | | | | | | | | |
| Auragem Company Limited | - | | - | 6.59 | - | - | 48.65 | 223.33 | 676.97 |
| ARC Trading | - | | - | 7.52 | - | - | - | - | - |
| Brilliant Diamonds Limited | 149.47 | | 2.99 | 80.16 | 46.39 | 66.46 | 169.20 | - | - |
| Dg Brothers Fze | - | | - | - | - | - | - | 30.15 | 169.72 |
| Diagems Fzc (Branch) | - | | - | - | - | - | 8.37 | 81.89 | - |
| Empire Gems FZE | - | | 8.47 | 97.54 | 48.08 | 19.60 | - | - | - |
| Empire Gems FZE (Branch) | - | | - | - | - | 41.31 | 17.45 | - | - |
| Eternal Diamonds Corp. Ltd | 152.74 | | - | 179.16 | 38.80 | 79.20 | 168.06 | - | - |
| Firestar Diamond International Pvt Ltd | - | | - | 63.30 | 124.79 | - | - | - | - |
| Firestar International Pvt Ltd | - | | - | 108.80 | 216.26 | - | - | - | - |
| Firestar Diamond FZE | - | | 54.51 | 27.85 | - | - | - | - | - |
| Firestar Diamond INC | - | | - | 15.11 | - | - | - | - | - |
| Firestar Diamond Ltd | - | | - | 12.99 | - | - | - | - | - |
| Firestone Inc. | 10.03 | | - | - | - | - | - | - | - |
| Fancy Creations Company Ltd | - | | - | 106.83 | - | 55.72 | 167.19 | - | - |
| Hamilton Precious Traders Limited Fzco | - | | - | - | - | - | - | 33.50 | 10.64 |
| Himalayan Traders Fze | - | | - | - | - | - | - | 30.16 | - |
| Pacific Diamonds FZE | - | | - | - | - | - | - | 23.69 | 550.34 |
| Pacific Diamonds Fze (Branch) | - | | - | - | - | - | 4.14 | 185.66 | - |

**DIAMONDS 'R' Us.**  in "INR Crores"

| | FY-2008-09 | FY-2009-10 | FY-2010-11 | FY-2011-12 | FY-2012-13 | FY-2013-14 | FY-2014-15 | FY-2015-16 | FY-2016-17 |
|---|---|---|---|---|---|---|---|---|---|
| Sino Traders Limited | - | | - | - | - | - | 38.46 | 173.02 | 829.93 |
| Sunshine Gems Limited | - | | - | - | - | - | 44.24 | 283.56 | - |
| Synergies Corporation | 10.81 | | - | - | - | - | - | - | - |
| Tri Color Gems Fze (Branch) | - | | - | - | - | - | 13.85 | 173.23 | 330.94 |
| Unique Diamond And Jewellery Fzc | 470.78 | | 16.72 | 83.72 | 24.07 | - | - | - | - |
| Unique Diamond And Jewellery Fzc (Branch) | - | | - | - | 27.81 | 98.43 | 45.41 | - | - |
| Universal Fine Jewelry Fze | - | | - | - | 26.29 | - | - | - | - |
| Universal Fine Jewelry Fze (Branch) | - | | - | - | 19.61 | 77.36 | 40.33 | - | - |
| Unity Trading Fze | - | | - | - | - | - | - | 198.15 | 222.67 |
| Vista Jewelry Fze | - | | - | 40.28 | 25.59 | - | 10.07 | - | - |
| Vista Jewelry Fze (Branch) | - | | - | - | 14.26 | 97.23 | 36.98 | - | - |
| World Diamond Distribution Fze | - | | 4.85 | 75.48 | 18.52 | 12.48 | 4.84 | - | - |
| World Diamond Distribution Fze (Branch) | - | | - | - | 33.76 | 106.61 | 42.52 | - | - |
| | | | | | | | | | |
| **Top 10 Purchases** | | | | | | | | | |
| Auragem Company Limited | - | | - | 240.23 | 157.40 | 251.53 | 166.75 | 225.56 | 674.39 |
| Ajaffe | - | | - | 18.41 | - | - | - | - | - |
| Brilliant Diamonds Limited | 235.40 | | 12.13 | 176.07 | - | - | 3.96 | - | - |
| CB Brothers | - | | - | 0.44 | - | - | - | - | - |
| Dg Brothers Fze | - | | - | - | - | 5.99 | - | 29.53 | 0.23 |
| Diagems Fzc | 447.62 | | 72.14 | 114.09 | 51.58 | 58.82 | - | - | - |
| Diagems Fzc (Branch) | - | | - | - | 97.01 | 7.42 | 189.08 | 78.94 | 164.39 |
| Diamlink Inc | - | | - | 3.48 | - | - | - | - | - |
| Eternal Diamonds Corporation Limited | 59.15 | | - | 14.36 | - | - | - | - | - |
| Fancy Creations Company Limited | - | | - | 164.98 | 155.47 | 193.42 | - | - | - |
| Firestar Diamond INC | - | | - | 9.26 | - | - | - | - | - |
| Hamilton Precious Traders Limited Fzco | - | | - | - | - | - | - | 32.53 | 10.20 |
| Himalayan Traders Fze | - | | - | - | - | - | - | 29.52 | - |
| Neeshal Merchandising Pvt Ltd. | - | | 2.58 | 0.03 | - | - | - | - | - |
| Nipur BVBA | - | | - | 5.97 | - | - | - | - | - |
| Pacific Diamonds Fze | - | | - | 78.99 | 89.47 | 27.89 | - | - | - |
| Pacific Diamonds Fze (Branch) | - | | - | - | 40.87 | 39.12 | 151.04 | 201.37 | 531.22 |
| Sino Traders Limited | - | | - | - | - | 200.00 | 126.10 | 157.47 | 813.70 |
| Sunshine Gems Limited | - | | - | - | - | 11.05 | 83.42 | 273.62 | - |
| Tri Color Gems Fze | - | | - | 68.98 | 48.84 | 53.22 | - | - | - |
| Tri Color Gems Fze (Branch) | - | | - | - | - | 23.77 | 107.84 | 167.00 | 319.24 |
| Unity Trading Fze | - | | - | - | - | - | - | 190.19 | 215.58 |
| Universal Fine Jewelry FZE | - | | - | - | 4.97 | - | - | - | - |
| **Purchases** | | | | | | | | | |
| Gold | - | - | - | 4,000 Grams | 2,685 Grams | 5.99 | - | - | - |
| Silver | - | - | - | - | - | - | 0.06 | 0.08 | 0.24 |
| Diamonds -Jewelry Div. | 28.35 | 24.07 | 973.02 Cts | 589.20 Cts | 27,861 Cts | - | - | - | - |
| Diamonds -Trading Div. | 713.82 | 3,131.59 | 909,383Cts | 53,092 Cts | - | 234.33 | - | - | - |
| Pearls | - | - | - | - | - | 631.91 | 828.21 | 1,385.63 | 2,728.72 |

**Stellar Diamond**  in "INR Crores"

| | FY-2010-11 | FY-2011-12 | FY-2012-13 | FY-2013-14 | FY-2014-15 | FY-2015-16 | FY-2016-17 |
|---|---|---|---|---|---|---|---|
| **P&L** | | | | | | | |
| Sales | 952.84 | 666.74 | 1,338.42 | 1,805.06 | 655.79 | 1,330.60 | 2,665.23 |
| Other Income | 0.09 | 1.34 | 0.01 | 1.49 | 1.35 | 1.18 | 0.87 |
| COGS | 952.94 | 666.62 | 1,328.62 | 1,767.59 | 609.29 | 1,262.70 | 2,613.19 |
| GM | (0.01) | 1.46 | 9.81 | 38.96 | 47.85 | 69.08 | 52.91 |
| GM% | 0.00% | 0.22% | 0.73% | 2.16% | 7.28% | 5.19% | 1.99% |
| | | | | | | | |
| Discount given | - | - | - | - | - | 2.98 | 47.65 |
| | - | - | - | - | - | - | - |
| Expenses | 5.54 | (2.47) | 7.50 | 40.34 | 47.02 | 66.99 | (1.98) |
| PBT | (3.42) | 3.93 | 2.30 | (1.38) | 0.83 | (0.89) | 7.23 |
| Tax on profits | - | - | 0.01 | - | 0.47 | - | 0.44 |
| PAT | (3.42) | 3.93 | 2.30 | (1.38) | 0.37 | (0.89) | 6.80 |
| | - | - | - | - | - | - | - |
| **Balance sheet** | - | - | - | - | - | - | - |
| FD | - | 411.87 | - | - | - | - | - |
| BC open | 532.14 | 196.75 | 131.93 | 589.85 | 610.58 | 1,118.15 | 1,757.03 |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| **Cash flow** | | | | | | | |
| Withdrawals (over 1 cr.), and who | - | - | - | - | - | - | - |
| Nirav Modi Family Trust | 45.62 | - | 21.05 | 86.25 | - | - | - |
| Withdrawals (over 1 cr.), and who | - | - | - | - | - | - | - |
| Nirav Family Trust | 43.44 | - | 21.05 | - | - | - | - |
| MAT paid | - | - | - | - | - | - | 1.50 |
| | - | - | - | - | - | - | - |
| **Top 10 Customers** | | | | | | | |
| Auragem Company Limited | - | 20.22 | - | - | 4.39 | 215.90 | 97.07 |
| Brilliant Diamonds Limited | 51.49 | 54.17 | 207.73 | 247.30 | 155.12 | - | - |
| Dg Brothers Fze | - | - | - | - | - | 10.10 | - |
| Diagems Fzc (Branch) | - | - | - | - | 11.07 | 76.63 | - |
| Diagems Fzc | - | - | - | - | - | - | 76.13 |
| Empire Gems FZE | 97.17 | 53.44 | 210.67 | 91.30 | - | - | - |
| Empire Gems FZE (Branch) | - | - | - | 97.85 | 35.95 | - | - |
| Eternal Diamonds Corp. Ltd | 252.45 | 152 | 157 | 270.01 | 115.44 | - | - |
| Fancy Creations Company Ltd | 77.45 | 125 | | 34.80 | 144.16 | - | - |
| Firestar International Pvt Ltd_SEZ | | | 9.25 | - | - | - | - |
| Firestone Diamond FZE | 26.23 | 25.75 | - | - | - | - | - |
| Firestone Diamond Ltd | 4.47 | 8.96 | - | - | - | - | - |
| Firestone INC | 37.20 | 0.02 | - | - | - | - | - |
| Hamilton Precious Traders Limited Fzco | - | - | - | - | - | 13.90 | 29.93 |
| Himalayan Traders Fze | - | - | - | - | - | 20.13 | - |
| Nipur BVBA | | 0.86 | - | - | - | - | - |
| Pacific Diamonds FZE | - | - | - | - | - | - | 418.29 |
| Pacific Diamonds Fze (Branch) | - | - | - | - | 9.74 | 170.13 | - |
| Sino Traders Limited | - | - | - | - | 5.15 | 161.23 | 678.15 |
| Sunshine Gems Limited | - | - | - | - | 3.26 | 208.98 | 716.84 |
| Tri Color Gems Fze (Branch) | - | - | - | - | - | 215.52 | - |
| Tri Color Gems Fze | - | - | - | - | - | - | 241.66 |
| Unique Diamond And Jewellery FZC | 174.87 | 71.10 | 96.22 | - | - | - | - |
| Unique Diamond And Jewellery Fzc (Branch) | - | - | 112.51 | 301.12 | 44.90 | - | - |

Stellar

**Stellar Diamond**  in "INR Crores"

| | FY-2010-11 | FY-2011-12 | FY-2012-13 | FY-2013-14 | FY-2014-15 | FY-2015-16 | FY-2016-17 |
|---|---|---|---|---|---|---|---|
| Universal Fine Jewelry Fze | - | - | 142.78 | 101.29 | 2.65 | - | - |
| Universal Fine Jewelry Fze (Branch) | - | - | - | 159.58 | 38.03 | - | - |
| Unity Trading Fze | - | - | - | - | - | 201.65 | 443.74 |
| Vista Jewelry Fze | 88.24 | 76.67 | 108.34 | 70.29 | - | - | - |
| Vista Jewelry Fze (Branch) | - | - | 99.37 | 145.18 | 34.70 | - | - |
| World Diamond Distribution Fze | 145.39 | 55.88 | 109.87 | 81.97 | 3.44 | - | - |
| World Diamond Distribution Fze (Branch) | - | - | 79.55 | 186.67 | 23.89 | - | - |
| **Top 10 Purchases** | | | | | | | |
| Auragem Company Limited | 28.98 | 173.20 | 333.19 | 655.07 | 155.91 | 210.87 | 93.52 |
| A.Jaffe | 5.18 | - | - | - | - | - | - |
| Brilliant Diamonds Limited | 333.56 | 222.76 | - | - | - | - | - |
| C.B Brothers | 0.01 | 0.18 | - | - | - | - | - |
| Dg Brothers Fze | - | - | - | 6.73 | 0.05 | 10.08 | 0.19 |
| Diagems Fzc | 292.51 | 59.56 | 252.95 | 115.86 | - | - | - |
| Diagems Fzc (Branch) | - | - | - | 16.35 | 103.86 | 73.73 | 73.73 |
| Diamlink Inc | 22.98 | - | - | - | - | - | - |
| Eternal Diamonds Corporation Limited | - | 0.11 | - | - | - | - | - |
| Fancy Creations Company Limited | - | 37.56 | 278.61 | 276.26 | - | 13.74 | - |
| Firestone Dimaond FZE. | 13.99 | - | - | - | - | - | - |
| Fire Stone Inc | 50.12 | 18.08 | - | - | - | - | - |
| Hamilton Precious Traders Limited Fzco | - | - | - | 4.18 | - | - | 28.58 |
| Himalayan Traders Fze | - | - | - | - | - | 19.93 | - |
| Neeshal Merchandising Pvt Ltd.(CR) | 0.08 | - | - | - | - | - | - |
| Pacific Diamonds Fze | 71.54 | 84.83 | 192.42 | 134.12 | - | - | - |
| Pacific Diamonds Fze (Branch) | - | - | 13.22 | 81.67 | 70.39 | 164.38 | 404.52 |
| Sino Traders Limited | - | - | - | 320.72 | 159.86 | 159.80 | 675.65 |
| Sandberg & Sikorski A.Jaffe | - | 4.19 | - | - | - | - | - |
| Sunshine Gems Limited | - | - | - | 11.47 | 51.89 | 208.49 | 703.06 |
| Tri Color Gems Fze | 33.97 | 59.97 | 111.79 | 134.71 | - | - | - |
| Tri Color Gems Fze (Branch) | - | - | 76.93 | 10.15 | 67.33 | 207.80 | 233.65 |
| Tristar | - | 8.85 | - | - | - | - | - |
| Unity Trading Fze | - | - | - | - | - | 193.96 | 429.00 |
| Unique Diamond and Jewellery FZC | - | - | 29.11 | - | - | - | - |
| Universal Fine Jewelry FZE | 44.13 | - | 34.21 | - | - | - | - |
| VISTA JEWELRY FZE | - | - | 6.20 | - | - | - | - |
| Neeshal Merchandising Pvt Ltd. | - | 0.01 | - | - | - | - | - |
| **Purchases** | | | | | | | |
| Gold | - | 2,460 Grams | 2,961 Grams | 41,000 Grams | - | - | - |
| Silver | 8,246 Grams | 2,085 Grams | - | - | 0.05 | 0.08 | 0.19 |
| Diamonds | 220,489 Crts | 39,277 Cts | 110,083 Cts | 84,811 Cts | - | - | - |
| Pearls | - | - | - | 5,061,166 Cts | 609.24 | 1,262.71 | 2,641.71 |

| Solar Exports | | | | | | | in "INR Crores" |
|---|---|---|---|---|---|---|---|
| | FY-2010-11 | FY-2011-12 | FY-2012-13 | FY-2013-14 | FY-2014-15 | FY-2015-16 | FY-2016-17 |
| **P&L** | | | | | | | |
| Sales | 1,052.74 | 613.18 | 1,364.91 | 1,800.40 | 773.77 | 1,273.64 | 2,751.85 |
| Other Income | 0.08 | 0.01 | 0.00 | 0.08 | 0.02 | - | 0.00 |
| COGS | 1,047.95 | 608.81 | 1,358.68 | 1,739.21 | 728.64 | 1,196.46 | 2,700.99 |
| GM | 4.88 | 4.38 | 6.23 | 61.27 | 45.15 | 77.18 | 50.87 |
| GM% | 0.46% | 0.71% | 0.46% | 3.40% | 5.84% | 6.06% | 1.85% |
| Discount given | - | - | - | - | - | 2.73 | 50.42 |
| | - | - | - | - | - | - | - |
| Expenses | 4.71 | 15.63 | 27.03 | 43.44 | 47.19 | 72.39 | (6.24) |
| PBT | 0.17 | (11.25) | (20.80) | 17.83 | (2.03) | 2.06 | 6.69 |
| Tax on profits | - | - | - | - | 0.36 | - | 0.15 |
| PAT | 0.17 | (11.25) | (20.80) | 17.83 | (2.39) | 2.06 | 6.54 |
| | - | - | - | - | - | - | - |
| **Balance sheet** | - | - | - | - | - | - | - |
| FD | - | 4.81 | 0.57 | - | - | - | - |
| BC open | 587.04 | 149.07 | 147.54 | 537.97 | 740.30 | 981.23 | 1,709.65 |
| | - | - | - | - | - | - | - |
| **Cash flow** | - | - | - | - | - | - | - |
| Withdrawals (over 1 cr.), and who | - | - | - | - | - | - | - |
| Nirav Family Trust | 28.02 | - | 3.38 | - | - | - | - |
| Withdrawals (over 1 cr.), and who | - | - | - | - | - | - | - |
| Nirav Modi Family Trust | 26.81 | - | 3.38 | - | - | - | - |
| MAT paid | - | - | - | - | - | - | 0.14 |
| **Top 10 Customers** | | | | | | | |
| Auragem Company Limited | - | 3.87 | - | - | 44.40 | 141.05 | 782.33 |
| Brilliant Diamonds Limited | 69.14 | 71.92 | 223.16 | 301.87 | 148.64 | - | - |
| Dg Brothers Fze | - | - | - | - | - | 70.25 | - |
| Diagems Fzc (Branch) | - | - | - | - | 7.27 | 69.71 | 88.25 |
| Diagems Fzc | - | - | - | - | - | - | - |
| Empire Gems FZE | 133.25 | 37.64 | 172.02 | 121.39 | - | - | - |
| Empire Gems FZE (Branch) | - | - | - | 61.43 | 18.78 | - | - |
| Eternal Diamonds Corp. Ltd | 274.14 | 148.57 | 257.44 | 358.43 | 156.27 | - | - |
| Fancy Creations Company Ltd | 116.29 | 94.58 | - | 73.57 | 161.51 | - | - |
| Firestar International Pvt Ltd_SEZ | - | - | - | - | - | - | - |
| Firestar Diamond FZE | 46.76 | 15.74 | - | - | - | - | - |
| Firestar Diamond INC | 20.14 | 25.07 | 2.81 | | | | |
| Firestone Diamond Ltd | - | 15.77 | - | - | - | - | - |
| Hamilton Precious Traders Limited Fzco | - | - | - | - | - | 47.85 | - |
| Himalayan Traders Fze | - | - | - | - | - | 79.36 | 125.61 |
| Pacific Diamonds FZE | - | - | - | - | - | - | 258.66 |
| Pacific Diamonds Fze (Branch) | - | - | - | - | 7.86 | 183.87 | - |
| Sino Traders Limited | - | - | - | - | 50.49 | 253.79 | - |
| Sunshine Gems Limited | - | - | - | - | 33.49 | 40.38 | 749.44 |
| Tri Color Gems Fze (Branch) | - | - | - | - | 9.70 | 179.60 | - |
| Tri Color Gems Fze | 0.57 | - | - | - | - | 24.19 | 537.22 |

| Solar Exports | | | | | | | in "INR Crores" |
|---|---|---|---|---|---|---|---|
| | FY-2010-11 | FY-2011-12 | FY-2012-13 | FY-2013-14 | FY-2014-15 | FY-2015-16 | FY-2016-17 |
| Unique Diamond and Jewellery FZC | 155.97 | 62.06 | 66.65 | 141.79 | 8.38 | - | - |
| Unique Diamond And Jewellery Fzc (Branch) | - | - | 131.38 | 127.83 | 24.58 | - | - |
| Universal Fine Jewelry Fze | - | - | 134.35 | 48.43 | - | - | - |
| Universal Fine Jewelry Fze (Branch) | - | - | - | 72.95 | 15.05 | - | - |
| Unity Trading Fze | - | - | - | - | 4.67 | 149.32 | 251.79 |
| Vista Jewelry Fze | 85.45 | 64.91 | 74.26 | 104.27 | - | - | - |
| Vista Jewelry Fze (Branch) | - | - | 99.89 | 155.38 | 25.28 | - | - |
| World Diamond Distribution Fze | 151.03 | 71.68 | 80.52 | 77.83 | - | - | - |
| World Diamond Distribution Fze (Branch) | - | - | 120.83 | 134.52 | 40.30 | - | - |
| | | | | | | | |
| **Top 10 Purchases** | | | | | | | |
| Auragem Company Limited | 22.97 | 64.82 | 254.99 | 557.95 | 174.85 | 136.37 | 757.88 |
| Ajaffe | 5.64 | 9.34 | - | - | - | - | - |
| Brilliant Diamonds Limited | 133.46 | 95.57 | - | - | - | - | - |
| C. B. Brothers | - | 0.05 | - | - | - | - | - |
| Dg Brothers Fze | - | - | - | 9.54 | 0.05 | 68.49 | 0.18 |
| Diagems Fzc | 145.33 | 18.25 | 266.19 | 143.63 | - | - | - |
| Diagems Fzc (Branch) | - | | 22.51 | 9.64 | 88.46 | 66.91 | 85.53 |
| Diamlink Inc | 34.24 | 6.47 | - | - | - | - | - |
| Firestine, Inc. | 13.79 | - | - | - | - | - | - |
| Eternal Diamonds Corporation Limited | - | 41.00 | - | - | - | - | - |
| Fancy Creations Company Limited | - | 45.61 | 293.38 | 338.63 | - | - | - |
| Hamilton Precious Traders Limited Fzco | - | - | - | - | - | 46.58 | - |
| Himalayan Traders Fze | - | - | - | - | - | 77.39 | 121.80 |
| Pacific Diamonds Fze | 10.83 | 66.46 | 248.76 | 151.96 | - | - | - |
| Pacific Diamonds Fze (Branch) | - | - | 11.01 | 66.77 | 107.76 | 176.61 | 249.69 |
| Sandberg & Sikorski A.Jaffe | 4.35 | - | - | - | - | - | - |
| Sino Traders Limited | - | - | - | 302.46 | 173.31 | 245.10 | - |
| Sunshine Gems Limited | - | - | - | 54.82 | 63.31 | 38.96 | 725.02 |
| Tri Color Gems Fze | 6.35 | 46.40 | 45.04 | 75.34 | - | - | - |
| Tri Color Gems Fze (Branch) | - | - | 153.18 | 28.83 | 116.46 | 196.53 | 518.24 |
| Unity Trading Fze | - | - | - | - | 4.43 | 143.55 | 242.94 |
| Unique Diamond And Jewellery FZC | - | - | 21.45 | - | - | - | - |
| Universal Fine Jewelry FZE | 25.62 | 214.99 | 32.52 | - | - | - | - |
| Vista Jewelry FZE | - | - | 9.65 | - | - | - | - |
| | | | | | | | |
| **Purchases** | | | | | | | |
| Gold | - | 2,459 Grams | 3,516 Grams | 35,200 Grams | - | - | - |
| Silver | 10,353 Grams | 2,085 Grams | - | - | 0.07 | 0.08 | 0.18 |
| Diamonds | 194,708 Cts | 39,277 Cts | 102,382 Cts | 94,333 Cts | - | - | - |
| Pearls | - | - | - | 4,942,634 Cts | 728.58 | 1,196.42 | 2,701.10 |