**Mihir Bhansali**

| Date | Page No. of Passport | Departure | Arrival | USA | India | Other |
|---|---|---|---|---|---|---|
| 28-May-10 | 3 | | Turks and Calcos Islands | | | 1 |
| 29-May-10 | 32 | | Mexico | | | 2 |
| 31-May-10 | 11 | | USA, NY | 18 | | |
| 18-Jun-10 | 11 | | India, Mumbai | | 7 | |
| 25-Jun-10 | 3 | India, Mumbai | | | | |
| 25-Jun-10 | 2 | | USA, NY | 7 | | |
| 2-Jul-10 | ?? | | Spain, Bacelona | | | |
| 11-Jul-10 | ? | Spain, Malaga | | | | |
| 11-Jul-10 | 3 | | USA, NY | 42 | | |
| 22-Aug-10 | 11 | | India, Mumbai | | 5 | |
| 27-Aug-10 | 11 | India, Mumbai | | | | |
| 28-Aug-10 | 2 | | USA, NY | 71 | | |
| 7-Nov-10 | 3 | | India, Mumbai | | 7 | |
| 14-Nov-10 | 2 | India, Mumbai | | | | |
| 14-Nov-10 | 6 | | USA, NY | 11 | | |
| 25-Nov-10 | 22 | | Italy, Malpensa | | | |
| 28-Nov-10 | 22 | Paris, Roissy | | | | |
| 28-Nov-10 | 8 | | USA, NY | 18 | | |
| 16-Dec-10 | 22 | | India, Mumbai | | 8 | |
| 24-Dec-10 | 2 | India, Mumbai | | | | |
| 24-Dec-10 | 5 | | UAE | | | 0 |
| 24-Dec-10 | 5 | UAE | | | | |
| 25-Dec-10 | 5 | | India, Mumbai | | 9 | |
| 3-Jan-11 | ? | India, Mumbai | | | | |
| 4-Jan-11 | 22 | | USA, NY | 17 | | |
| 21-Jan-11 | 24 | | Belgium, Brussels | | | |
| 24-Jan-11 | 24 | Belgium, Brussels | | | | |
| 24-Jan-11 | 10 | | USA, NY | 6 | | |
| 30-Jan-11 | ? | | India, Mumbai | | 7 | |
| 6-Feb-11 | ? | India, Mumbai | | | | |
| 6-Feb-11 | 24 | | USA, NY | 14 | | |
| 20-Feb-11 | 5 | | India, Mumbai | | 8 | |
| 28-Feb-11 | 2 | India, Mumbai | | | | |
| 28-Feb-11 | 10 | | USA, NY | 11 | | |
| 11-Mar-11 | 6 | | India, Delhi | | 5 | |
| 16-Mar-11 | ? | India, Mumbai | | | | |
| 16-Mar-11 | 4 | | USA, NY | 4 | | |
| 17-Mar-11 | 7 | | BVI | | | |
| 20-Mar-11 | 4 | | Canada | | | |
| 20-Mar-11 | 24 | | USA, NY | -3 | | |
| 9-Apr-11 | 4 | | India, Mumbai | | 8 | |
| 17-Apr-11 | 2 | India, Mumbai | | | | |
| 17-Apr-11 | 7 | | USA, NY | 60 | | |
| 16-Jun-11 | 4 | | India, Mumbai | | 7 | |
| 23-Jun-11 | 6 | India, Mumbai | | | | |
| 24-Jun-11 | 7 | | USA, NY | 7 | | |
| 1-Jul-11 | 17 | | Dominican Republic | | | |
| 5-Jul-11 | 16 | Dominican Republic | | | | |
| 10-Jul-11 | 6 | | USA, Miami | 35 | | |
| 14-Aug-11 | 22 | | India, Mumbai | | 15 | |
| 29-Aug-11 | 25 | India, Mumbai | | | | |
| 30-Aug-11 | 6 | | USA, NY | 17 | | |
| 16-Sep-11 | 32 | | UAE | | | |

**Mihir Bhansali**

| Date | Page No. of Passport | Departure | Arrival | USA | India | Other |
|---|---|---|---|---|---|---|
| 18-Sep-11 | 7 | | India, Mumbai | | 2 | |
| 20-Sep-11 | 16 | India, Mumbai | | | | |
| 21-Sep-11 | 8 | | USA, NY | 64 | | |
| 24-Nov-11 | 58 | | Belgium, Brussels | | | |
| 27-Nov-11 | 9 | Italy, Malpensa | | | | |
| 27-Nov-11 | 10 | | USA, NY | 21 | | |
| 18-Dec-11 | 8 | | India, Mumbai | | 7 | |
| 25-Dec-11 | 8 | India, Mumbai | | | | |
| 26-Dec-11 | 9 | | USA, NY | 4 | | |
| 30-Dec-11 | 9 | | India, Delhi | | 8 | |
| 7-Jan-12 | 18 | | USA, NY | 8 | | |
| 15-Jan-12 | 16 | India, Mumbai | | | | |
| 15-Jan-12 | 16 | | Hong Kong | | | |
| 15-Jan-12 | 17 | Hong Kong | | | | |
| 15-Jan-12 | 9 | | USA, NY | 0 | | |
| 4-Feb-12 | 3 | | India, Mumbai | | 9 | |
| 13-Feb-12 | 10 | India, Mumbai | | | | |
| 13-Feb-12 | 17 | | USA, NY | 69 | | |
| 22-Apr-12 | 17 | | India, Mumbai | | 9 | |
| 1-May-12 | 25 | India, Mumbai | | | | |
| 1-May-12 | 10 | | USA, NY | 160 | | |
| 8-Oct-12 | 58 | Belgium, Brussels | | | | |
| 8-Oct-12 | 11 | | USA, NY | 74 | | |
| 21-Dec-12 | 25 | | India, Mumbai | | 17 | |
| 7-Jan-13 | 25 | India, Mumbai | | | | |
| 10-Feb-13 | 26 | Japan, Haneda | | | | |
| 11-Feb-13 | 27 | | Indonesia | | | |
| 11-Feb-13 | 27 | | | | | |
| 18-Feb-13 | 18 | | USA, NY | 98 | | |
| 27-May-13 | 19 | | USA, NY | 19 | | |
| 10-Jun-13 | 32 | | India, Mumbai | | 734 | |
| 15-Jun-13 | 32 | India, Mumbai | | | 0 | |
| 15-Jun-13 | 34 | | UAE | | | |
| 16-Jun-13 | 34 | UAE | | | | |
| 17-Jun-13 | 32 | | India, Mumbai | | 5 | |
| 22-Jun-13 | 18 | India, Mumbai | | | | |
| 23-Jun-13 | 12 | | USA, NY | 6 | | |
| 29-Jun-13 | 58 | | Belgium, Brussels | | | |
| 7-Jul-13 | 58 | Belgium, Brussels | | | | |
| 7-Jul-13 | 12 | | USA, NY | 54 | | |
| 30-Aug-13 | 19 | | Bermuda | | | |
| 2-Sep-13 | 18 | | USA, NY | 9 | | |
| 11-Sep-13 | 34 | | India, Delhi | | 10 | |
| 21-Sep-13 | 26 | India, Mumbai | | | | |
| 21-Sep-13 | 12 | | USA, NY | 63 | | |
| 23-Nov-13 | 27 | | India, Mumbai | | 9 | |
| 2-Dec-13 | 20 | India, Mumbai | | | | |
| 2-Dec-13 | 12 | | USA, NY | 19 | | |
| 21-Dec-13 | 27 | | India, Mumbai | | 16 | |

**Mihir Bhansali**

| Date | Page No. of Passport | Departure | Arrival | USA | India | Other |
|---|---|---|---|---|---|---|
| 6-Jan-14 | 19 | India, Mumbai | | | | |
| 17-Jan-14 | 50 | | Paris, Roissy | | | |
| 19-Jan-14 | 50 | Frankfurt | | | | |
| 19-Jan-14 | 50 | Belgium, Brussels | | | | |
| 20-Jan-14 | 28 | | | | | |
| 25-Jan-14 | 28 | | Singapore | | | |
| 26-Jan-14 | 36 | | USA, NY | 41 | | |
| 8-Mar-14 | 34 | | India, Mumbai | | | 8 |
| 16-Mar-14 | 28 | India, Mumbai | | | | |
| 17-Mar-14 | 20 | | USA, NY | 107 | | |
| 2-Jul-14 | 50 | | Belgium, Brussels | | | |
| 13-Jul-14 | ? | Belgium, Brussels | | | | |
| 13-Jul-14 | 13 | | USA, NY | 81 | | |
| 2-Oct-14 | 13 | | Bermuda | | | |
| 14-Dec-14 | 28 | | India, Mumbai | | 41 | |
| 24-Jan-15 | 20 | India, Mumbai | | | | |
| 24-Jan-15 | 29 | | UAE | | | |
| 26-Jan-15 | 29 | UAE | | | | |
| 26-Jan-15 | 35 | | India, Mumbai | | 13 | |
| 8-Feb-15 | 13 | India, Mumbai | | | | |
| 8-Feb-15 | 35 | | USA, NY | 5 | | |
| 13-Feb-15 | 29 | | India, Mumbai | | 16 | |
| 1-Mar-15 | 20 | India, Mumbai | | | | |
| 2-Mar-15 | 13 | | USA, NY | 4 | | |
| 6-Mar-15 | 29 | India, Mumbai | | | | |
| 8-Mar-15 | 29 | | India, Mumbai | | 18 | |
| 26-Mar-15 | 61 | | Singapore | | | |
| 30-Mar-15 | 3 | | India, Mumbai | | | |
| 30-Mar-15 | 61 | Singapore | | | | |
| 5-Apr-15 | 32 | | USA, NY | | | |
| 5-Apr-15 | 61 | India, Mumbai | | | | |
| 6-Jun-15 | 50 | | Belgium, Brussels | | | |
| 14-Jun-15 | 50 | Belgium, Brussels | | | | |
| 14-Jun-15 | 41 | | USA, NY | 7 | | |
| 21-Jun-15 | 35 | | India, Mumbai | | 5 | |
| 26-Jun-15 | 28 | | UAE | | | |
| 26-Jun-15 | 28 | UAE | | | | |
| 27-Jun-15 | 19 | | USA, NY | 26 | | |
| 23-Jul-15 | 21 | | USA, NY | 2 | | |
| 25-Jul-15 | 31 | | Bahamas | | | |
| 31-Jul-15 | 47 | | India, Mumbai | | 7 | |
| 7-Aug-15 | 52 | India, Mumbai | | | | |
| 7-Aug-15 | 3 | | USA, NY | 72 | | |
| 18-Oct-15 | 36 | | India, Mumbai | | 5 | |
| 23-Oct-15 | 36 | India, Mumbai | | | | |
| 24-Oct-15 | 40 | | USA, NY | 48 | | |
| 11-Dec-15 | 21 | | USA, NY | 9 | | |
| 20-Dec-15 | 5 | | India, Mumbai | | 16 | |
| 5-Jan-16 | 36 | India, Mumbai | | | | |
| 6-Jan-16 | 21 | | UAE | | | |
| 7-Jan-16 | 24 | UAE | | | | |
| 7-Jan-16 | 32 | | USA, NY | 8 | | |

**Mihir Bhansali**

| Date | Page No. of Passport | Departure | Arrival | USA | India | Other |
|---|---|---|---|---|---|---|
| 15-Jan-16 | 47 | | India, Mumbai | | 2 | |
| 17-Jan-16 | 31 | India, Mumbai | | | | |
| 17-Jan-16 | 31 | | USA, NY | 26 | | |
| 12-Feb-16 | 37 | | Turks and Calcos Islands | | | |
| 15-Feb-16 | 11 | | USA, NY | 33 | | |
| 19-Mar-16 | 49 | | Belgium, Brussels | | | |
| 29-Mar-16 | 17 | Italy, Malpensa | | | | |
| 29-Mar-16 | 8 | | USA, NY | 5 | | |
| 3-Apr-16 | 31 | | India, Mumbai | | 6 | |
| 9-Apr-16 | 37 | India, Mumbai | | | | |
| 9-Apr-16 | 21 | | USA, NY | 46 | | |
| 25-May-16 | 37 | | UK, Heathrow | | | |
| 27-May-16 | 7 | | USA, NY | 16 | | |
| 12-Jun-16 | 49 | | Belgium, Brussels | | | |
| 14-Jun-16 | 50 | Belgium, Brussels | | | | |
| 14-Jun-16 | 37 | | USA, NY | 12 | | |
| 26-Jun-16 | 35 | India, Mumbai | | | | |
| 30-Jun-16 | 61 | | India, Mumbai | | 1 | |
| 1-Jul-16 | 61 | India, Mumbai | | | | |
| 2-Jul-16 | 38 | | USA, NY | 0 | | |
| 2-Jul-16 | 38 | Canada | | | | |
| 6-Jul-16 | 22 | | USA, NY | 10 | | |
| 16-Jul-16 | 52 | | India, Mumbai | | 6 | |
| 22-Jul-16 | 38 | India, Mumbai | | | | |
| 23-Jul-16 | 49 | | Germany, Munich | | | |
| 31-Jul-16 | 38 | | USA, NY | 0 | | |
| 31-Jul-16 | 52 | Belgium, Brussels | | | | |
| 2-Sep-16 | 57 | | St. Lucia, Caribbean, WI | | | |
| 5-Sep-16 | 41 | | USA, NY | 4 | | |
| 9-Sep-16 | 40 | | India, Mumbai | | 2 | |
| 11-Sep-16 | 40 | India, Mumbai | | | | |
| 12-Sep-16 | 5 | | USA, NY | 7 | | |
| 19-Sep-16 | 52 | | India, Mumbai | | 5 | |
| 24-Sep-16 | 49 | India, Mumbai | | | | |
| 24-Sep-16 | 41 | | USA, NY | 22 | | |
| 16-Oct-16 | 40 | | India, Mumbai | | 5 | |
| 21-Oct-16 | 41 | India, Mumbai | | | | |
| 21-Oct-16 | 57 | | USA, NY | 35 | | |
| 25-Nov-16 | 42 | | India, Mumbai | | 12 | |
| 7-Dec-16 | 42 | India, Mumbai | | | | |
| 7-Dec-16 | 42 | | UK, Heathrow | | | |
| 9-Dec-16 | 9 | | USA, NY | 15 | | |
| 24-Dec-16 | 42 | | UAE | | | |
| 26-Dec-16 | ? | UAE | | | | |
| 26-Dec-16 | 3 | | India, Delhi | | 10 | |
| 5-Jan-17 | 57 | India, Mumbai | | | | |
| 5-Jan-17 | 43 | | USA, NY | 44 | | |
| 18-Feb-17 | 43 | | Dominican Republic | | | |
| 21-Feb-17 | 43 | Dominican Republic | | | | |
| 21-Feb-17 | 17 | | USA, NY | 26 | | |
| 19-Mar-17 | 43 | | Switzerland, Zurich | | | |
| 27-Mar-17 | 44 | Switzerland, Zurich | | | | |
| 27-Mar-17 | 62 | | India, Mumbai | | 10 | |

**Mihir Bhansali**

| Date | Page No. of Passport | Departure | Arrival | USA | India | Other |
|---|---|---|---|---|---|---|
| 6-Apr-17 | 62 | India, Mumbai | | | | |
| 7-Apr-17 | 44 | | USA, NY | 41 | | |
| 18-May-17 | 11 | | UAE | | | |
| 21-May-17 | 44 | UAE | | | | |
| 21-May-17 | 44 | | USA, NY | 34 | | |
| 24-Jun-17 | 13 | | India, Mumbai | | 8 | |
| 2-Jul-17 | 47 | India, Mumbai | | | | |
| 3-Jul-17 | 45 | | Belgium, Brussels | | | |
| 10-Jul-17 | 45 | Belgium, Brussels | | | | |
| 10-Jul-17 | 45 | | USA, NY | 11 | | |
| 21-Jul-17 | 45 | | India, Mumbai | | 5 | |
| 26-Jul-17 | 53 | India, Cochin | | | | |
| 26-Jul-17 | 53 | | Maldives | | | |
| 1-Aug-17 | 53 | Maldives | | | | |
| 2-Aug-17 | 41 | | India, Mumbai | | 0 | |
| 2-Aug-17 | 47 | India, Mumbai | | | | |
| 3-Aug-17 | 46 | | USA, NY | 35 | | |
| 7-Sep-17 | 46 | | India, Mumbai | | 4 | |
| 11-Sep-17 | 3 | Paris, Roissy | | | | |
| 11-Sep-17 | 5 | | Paris, Roissy | | | |
| 16-Sep-17 | 46 | India, Mumbai | | | | |
| 17-Sep-17 | 26 | UAE | | | | |
| 17-Sep-17 | 56 | | USA, NY | 43 | | |
| 30-Oct-17 | 56 | | India, Mumbai | | 10 | |
| 9-Nov-17 | 3 | India, Mumbai | | | | |
| 9-Nov-17 | 3 | | USA, NY | 17 | | |
| 21-Nov-17 | 4 | | Turks and Calcos Islands | | | |
| 26-Nov-17 | 46 | | USA, NY | 8 | | |
| 4-Dec-17 | 3 | | India, Mumbai | | | |
| 8-Jan-18 | 4 | India, Mumbai | | | | |
| 9-Jan-18 | 16 | | USA, NY | 29 | | |
| 7-Feb-18 | 16 | | UAE | | | |
| 8-Feb-18 | 16 | UAE | | | | |
| 9-Feb-18 | 5 | | India, Mumbai | | 1 | |
| 10-Feb-18 | 4 | India, Mumbai | | | | |
| 10-Feb-18 | 4 | | UAE | | | |
| 23-Feb-18 | 5 | | USA, NY | 0 | | |
| 23-Feb-18 | 5 | UAE | | | | |
| not visible | 4 | ????? | ????? | | | |
| not visible | 5 | ????? | ????? | | | |
| not visible | 10 | | USA, NY | | | |
| not visible | 17 | | USA, NY | | | |
| not visible | 46 | ????? | ????? | | | |
| not visible | 56 | ????? | ????? | | | |

| Date | Description | |
|---|---|---|
| 1/9/2018 | United 49-P class | Mumbai Bombay-New York/Newark |
| 9/6/2017 | United 48-ZS class | New York/Newark-Mumbai Bombay |
| 7/11/2017 | United 628-ZG class | New York (LGA)-Chicago (ORD) |
| 7/11/2017 | United 533-G class | Chicago (ORD)-New York (LGA) |
| 7/10/2017 | Brussels 501-Z class | Brussels-New York (JFK) |
| 7/3/2017 | Brussels 602-Z class | Mumbai Bombay-Brussels |
| 6/23/2017 | United 48-ZQ class | New York/Newark-Mumbai Bombay |
| 6/3/2017 | United 665-L class | New York/Newark-Las Vegas |
| 5/15/2017 | United 1857-M class | Cleveland-New York/Newark |
| 4/6/2017 | United 49-S class | Mumbai Bombay-New York/Newark |
| 3/27/2017 | SWISS 154-T class | Zurich-Mumbai Bombay |
| 3/18/2017 | United 134-T class | New York/Newark-Zurich |
| 10/21/2016 | Air India 0191-J CLASS | Mumbai Bombay-New York/Newark |
| 10/15/2016 | Air India 0144-A CLASS | New York/Newark-Mumbai Bombay |
| 9/24/2016 | Air India 0191-J CLASS | Mumbai Bombay-New York/Newark |
| 9/18/2016 | United 0048-S CLASS | New York/Newark-Mumbai Bombay |
| 9/13/2016 | United 1932-K CLASS | Seattle-New York/Newark |
| 9/12/2016 | United 1696-T CLASS | New York/Newark-Seattle |
| 9/11/2016 | United 0049-Z CLASS | Mumbai Bombay-New York/Newark |
| 9/8/2016 | United 0048-Z CLASS | New York/Newark-Mumbai Bombay |
| 7/31/2016 | United 0998-Z CLASS | Brussels-New York/Newark |
| 7/23/2016 | Lufthansa 0765-Z CLASS | Mumbai Bombay-Munich |
| 7/23/2016 | Lufthansa 2282-Z CLASS | Munich-Brussels |
| 7/15/2016 | United 0048-C CLASS | |

| Date | Description |
| --- | --- |
| 7/6/2016 | New York/Newark-Mumbai Bombay Air Canada 7638-G CLASS |
| 7/2/2016 | Montreal-New York (LGA) UA Express 4004-Y CLASS |
| 7/1/2016 | New York/Newark-Montreal United 0049-Z CLASS |
| 5/27/2016 | Mumbai Bombay-New York/Newark United 0026-T CLASS |
| 5/24/2016 | Birmingham-New York/Newark United 0110-K CLASS |
| 4/2/2016 | New York/Newark-London (LHR) Air India 0144-J CLASS |
| 3/29/2016 | New York/Newark-Mumbai Bombay United 0018-L CLASS |
| 3/18/2016 | Milan-New York/Newark Brussels 0502-P CLASS |
| 1/17/2016 | New York (JFK)-Brussels Air India 0191-Z CLASS |
| 12/19/2015 | Mumbai Bombay-New York/Newark Air India 0144-C CLASS |
| 11/29/2015 | New York/Newark-Mumbai Bombay United 1471-E CLASS |
| 10/23/2015 | Chicago (ORD)-New York (LGA) United 0049-S CLASS |
| 10/17/2015 | Mumbai Bombay-New York/Newark United 0048-S CLASS |
| 10/12/2015 | New York/Newark-Mumbai Bombay United 1573-H CLASS |
| 8/7/2015 | Austin-New York/Newark Air India 0191-Z CLASS |
| 6/20/2015 | Mumbai Bombay-New York/Newark Air India 0144-Z CLASS |
| 6/14/2015 | New York/Newark-Mumbai Bombay United 0998-S CLASS |
| 6/5/2015 | Brussels-New York/Newark United 0054-B CLASS |
| 3/7/2015 | New York/Newark-Paris United 0048-L CLASS |

| Date | Description |
|---|---|
| 3/2/2015 | New York/Newark-Mumbai Bombay<br>United 0049-P CLASS |
| 2/8/2015 | Mumbai Bombay-New York/Newark<br>Air India 0191-J CLASS |
| 12/13/2014 | Mumbai Bombay-New York/Newark<br>Air India 144-Z class |
| 10/5/2014 | New York/Newark-Mumbai Bombay<br>United 1416-S class |
| 10/2/2014 | Bermuda -New York/Newark<br>United 1419-S class |
| 1/26/2014 | New York/Newark-Bermuda<br>Lufthansa 400-L class |
| 1/25/2014 | Frankfurt-New York (JFK)<br>Lufthansa 779-L class |
| 1/19/2014 | Singapore-Frankfurt<br>Lufthansa 331-L class |
| 1/17/2014 | Venice-Frankfurt<br>Lufthansa 332-Q class |
| 1/17/2014 | Frankfurt-Venice<br>Lufthansa 1043-Q class |
| 1/16/2014 | Paris-Frankfurt<br>United 57-Q class |
| 8/30/2013 | New York/Newark-Paris<br>United 1419 |
| 9/2/2013 | New York/Newark-Bermuda<br>United 1416 |
| 9/10/2013 | Bermuda-New York/Newark<br>United 82 |
| 9/23/2013 | New York/Newark-Delhi<br>United 382 |
| 6/22/2013 | New York/Newark-Seattle<br>United 49 |
| 12/20/2012 | Mumbai Bombay-New York/Newark<br>United 48<br>New York/Newark-Mumbai Bombay |