**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br>　　　　　　　　Debtors.<br><br>RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, Inc., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>　　　　　　　　Defendants. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 19-1102 (SHL) |

**ORDER GRANTING MOTION TO WITHDRAW**
**AS COUNSEL FOR NIRAV DEEPAK MODI**

Upon consideration of the Motion to Withdraw as Counsel for Nirav Deepak Modi (the "Motion") filed by Patterson Belknap Webb & Tyler LLP ("Patterson Belknap") and after due deliberation and sufficient cause appearing therefor, the Court hereby **ORDERS**, pursuant to Local Rule 2090-1(e), that:

1. The Motion is **GRANTED**, and Patterson Belknap is permitted to withdraw as counsel for Mr. Modi;

2. Patterson Belknap shall serve this order on Mr. Modi;

3. Upon the Court's decision on Mr. Modi's *sub judice* motion to dismiss the First Amended Complaint (Dkt. 42), the Trustee shall serve Mr. Modi the opinion and order by sending a copy to him at the following address:

       HMP Wandsworth
       Heathfield Road
       London SW18 3HU
       United Kingdom

4. If Mr. Modi wishes to submit a filing to the Court, that he shall do so by mailing the Clerk's Office at the following address:

       US Bankruptcy Court
       Clerk's Office
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

5. This Court shall retain jurisdiction to hear and determine all matters arising from, in connection with, or related to the implementation and enforcement of this Order.

Dated:    New York, New York

        September 14, 2020

                              ***/s/ Sean H. Lane***
                              THE HONORABLE SEAN H. LANE
                              UNITED STATES BANKRUPTCY JUDGE