JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**NOTICE OF PROPOSED ORDER**

**PLEASE TAKE NOTICE** that, in accordance with the *Memorandum of Decision* (Adv. Dkt. 69) issued by this Court on October 15, 2021 in the above-captioned adversary proceeding, Plaintiff Richard Levin, not individually but solely in his capacity as liquidating trustee (the

"**Trustee**" or "**Plaintiff**") of the above-captioned debtors, submits the attached proposed order

for the Court's consideration.

Dated: October 19, 2021                   Respectfully submitted,
        New York, New York

                                          **JENNER & BLOCK LLP**

                                          By: /s/ *Vincent E. Lazar*
                                          Vincent E. Lazar
                                          Angela M. Allen (admitted *pro hac vice*)
                                          William A. Williams (admitted *pro hac vice*)
                                          353 North Clark Street
                                          Chicago, Illinois 60654
                                          (312) 222-9350
                                          vlazar@jenner.com
                                          aallen@jenner.com
                                          wwilliams@jenner.com

                                          Carl N. Wedoff
                                          919 Third Avenue
                                          New York, New York 10022
                                          (212) 891-1600
                                          cwedoff@jenner.com

                                          *Counsel for the Plaintiff*