JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**NOTICE OF PRETRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding will be held on November 30, 2021 at 10:00 a.m. EST.

<table>
<tr><td>Dated: October 19, 2021<br>New York, New York</td><td>Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: /s/ *Vincent E. Lazar*<br>Vincent E. Lazar<br>Angela M. Allen (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>vlazar@jenner.com<br>aallen@jenner.com<br>wwilliams@jenner.com<br><br>Carl N. Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>cwedoff@jenner.com<br><br>*Counsel for the Plaintiff*</td></tr>
</table>