**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-01102 (SHL) |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

Richard Levin, not individually but solely as Chapter 11 Trustee for the above-captioned Debtors and Plaintiff in the above-captioned Adversary Proceeding (the "Trustee"), Defendant Mihir Bhansali ("Bhansali") and Defendant Ajay Gandhi ("Gandhi") (together with Bhansali, the "Defendants"), each through their undersigned counsel, hereby agree and stipulate to the following:

1. Defendants' time to answer the Amended Complaint [Adv. Dkt. 28] is extended from October 29, 2021 to December 22, 2021.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

**AGREED AND STIPULATED TO:**

Dated: New York, New York
October 29, 2021

**RICHARD LEVIN, THE TRUSTEE**

By His Counsel,
JENNER & BLOCK LLP

_/s/ Carl Wedoff_
Carl Wedoff
919 Third Avenue
New York, New York 10022
cwedoff@jenner.com

**MIHIR BHANSALI,**
By His Counsel,
WHITE AND WILLIAMS LLP

_/s/ Nicole Sullivan_
Thomas E. Butler
Nicole Sullivan
7 Times Square, Suite 2900
New York, New York 10036
butlert@whiteandwilliams.com
sullivann@whiteandwilliams.com

**AJAY GANDHI**

By His Counsel,
SERPE LLC

_/s/ Silvia L. Serpe_
Silvia L. Serpe
16 Madison Square West, 10th Flr
New York, New York 10010
sserpe@serpellc.com

IT IS SO ORDERED.

Dated: _____, 2021
New York, New York

_____
Honorable Sean H. Lane
United States Bankruptcy Judge

-2-