**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-1052 (SHL) |
| Plaintiff, | |
| v. | |
| MIHIR BHANSALI and AJAY GANDHI, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING SCHEDULING

Richard Levin, liquidating trustee for the liquidating trusts of the above-captioned Debtors and plaintiff in the above-captioned adversary proceedings (the "**Trustee**"),

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

defendant Mihir Bhansali ("**Bhansali**"), and defendant Ajay Gandhi ("**Gandhi**," and together with Bhansali, the "**Stipulating Defendants**"),[2] each through their undersigned counsel, have expressed a mutual desire to explore settlement of the above-captioned adversary proceedings and avoid the cost and expense of unnecessary litigation. To facilitate these settlement discussions, the parties stipulate and agree to the following:

1. The pretrial conference in Adversary Proceeding No. 19-1102, currently scheduled for November 30, 2021 at 10:00 a.m. (Eastern Standard Time), is adjourned to January 27, 2022 at 11:00 a.m. (Eastern Standard Time) for the Stipulating Defendants.

2. The Stipulating Defendants' deadline to answer the Amended Complaint in Adversary Proceeding No. 19-1102, currently scheduled for December 22, 2021, is extended to February 22, 2022.

3. The above-captioned adversary proceedings shall be administratively consolidated for purposes of discovery. The parties agree to meet and confer regarding a joint discovery schedule for the adversary proceedings following the January 27, 2022 pretrial conference in Adversary Proceeding No. 19-1102.

4. The Trustee and Stipulating Defendants agree to forego argument on the Stipulating Defendants' motions to dismiss the complaint in Adversary Proceeding No. 20-1052 and request that the Court decide the motions on the parties' submissions.

(*Signature page follows.*)

---

[2] Defendant Nirav Modi is not a party to this Stipulation, and this Stipulation and Order does not, and is not intended to, affect Mr. Modi's substantive or procedural rights, remedies, or defenses in Adversary Proceeding 19-1102. Specifically, this Stipulation and Order does not modify any deadlines that apply to Mr. Modi in Adversary Proceeding 19-1102, and the November 30, 2021 pretrial conference in Adversary Proceeding No. 19-1102 will go forward with respect to Mr. Modi.

**AGREED AND STIPULATED TO:**

Dated: Chicago, Illinois
November 23, 2021

**RICHARD LEVIN**, Liquidating Trustee of the Liquidating Trusts of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.

By His Counsel,
JENNER & BLOCK LLP
By:

*/s/ Angela Allen*
Angela Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
aallen@jenner.com

Dated: New York, New York
November 23, 2021

**MIHIR BHANSALI,**
By His Counsel,
WHITE AND WILLIAMS LLP

*/s/ Thomas E. Butler*
Thomas E. Butler
Nicole Sullivan
7 Times Square, Suite 2900
New York, New York 10036
butlert@whiteandwilliams.com
sullivann@whiteandwilliams.com

Dated: New York, New York
November 23, 2021

**AJAY GANDHI**

By His Counsel,
SERPE LLC

*/s/ Silvia Serpe*
Silvia Serpe
16 Madison Square West, 10th Flr
New York, New York 10010
sserpe@serpellc.com

IT IS SO ORDERED.

Dated: November 29, 2021
New York, New York

*/s/ Sean H. Lane*
The Honorable Sean H. Lane
United States Bankruptcy Judge

3