JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Carl N. Wedoff an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that, I caused:

(a) the *Notice of Pretrial Conference* (Adv. Dkt. 72) to be served on Defendant Nirav Deepak Modi by overnight mail on November 9, 2021 to:

> Nirav Deepak Modi
> HMP Wandsworth
> Heathfield Road
> London SW18 3HU
> United Kingdom

(b) the *Order Denying (I) Defendants' Motions to Dismiss First Amended Complaint; and (II) Defendant Mihir Bhansali's Motion for Rule 11 Sanctions or to Strike Certain Pleadings* (Adv. Dkt. 76) to be served on Defendant Nirav Deepak Modi by overnight mail on December 3, 2021 to:

> Nirav Deepak Modi
> HMP Wandsworth
> Heathfield Road
> London SW18 3HU
> United Kingdom

Dated: New York, New York
      December 3, 2021                                    JENNER & BLOCK LLP

                                                                  By:    /s/  *Carl N. Wedoff*
                                                                              Carl N. Wedoff