UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>　　　　　　　　　　　　Defendants. | Adv. Proc. No. 19-1102 (SHL) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MIHIR BHANSALI and AJAY GANDHI,<br><br>　　　　　　　　　　　　Defendants. | Adv. Proc. No. 20-1052 (SHL) |

**STIPULATION AND ORDER RE SUBSTITUTION OF COUNSEL**

---

[1]　　The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

**IT IS HEREBY STIPULATED** that:

1. Ajay Gandhi ("Gandhi") has requested and consents to the substitution of Montgomery McCracken Walker & Rhoads LLP ("MMWR") for Serpe LLC ("Serpe"), as his counsel in the above-captioned adversary proceedings; and

2. Serpe and MMWR consent to the substitution as requested by Gandhi.

**IT IS HEREBY ORDERED** that:

1. Good cause exists to permit MMWR to be substituted for Serpe as counsel of record for Gandhi under Local Bankruptcy Rule 2090-1(e).

2. Serpe withdraws as counsel for Gandhi in the above-captioned adversary proceedings and that MMWR shall be and is substituted in its place and stead as counsel for Gandhi in the above-captioned adversary proceedings.

Dated: December 22, 2021
   New York, New York

| Montgomery McCracken Walker & Rhoads LLP | Serpe LLC |
| --- | --- |
| *Proposed Counsel for Ajay Gandhi* | *Withdrawing Counsel for Ajay Gandhi* |
| By: */s/ Edward L. Schnitzer* | By: */s/ Silvia L. Serpe* |
|    Edward L. Schnitzer |    Silvia L. Serpe |
|    437 Madison Avenue |    16 Madison Square West, 10th Floor |
|    New York, New York 10022 |    New York, New York 10010 |
|    (212) 867-9500 |    (212) 257-5010 |
|    eschnitzer@mmwr.com |    sserpe@serpellc.com |

So ordered this _____ day of _____, 202__

_____
Honorable Sean H. Lane
United States Bankruptcy Judge

-2-