UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
                                               :
In re:                                         :   Chapter 11
                                               :
FIRESTAR DIAMOND, INC., *et al.*,              :   Case No. 18-10509 (SHL)
                                               :
                          Debtors.[1]          :   (Jointly Administered)
---------------------------------------------- X
                                               :
RICHARD LEVIN, Chapter 11 Trustee of           :
FIRESTAR DIAMOND, INC., FANTASY, INC.,         :
and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,        :
                                               :
                          Plaintiff,           :
                                               :   Adv. Proc. No. 19-1102 (SHL)
        v.                                     :
                                               :
NIRAV DEEPAK MODI, MIHIR BHANSALI, and         :
AJAY GANDHI,                                   :
                                               :
                          Defendants.          :
---------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Edward L. Schnitzer, do hereby certify that on December 22, 2021, a copy of the *Notice of Presentment of the Stipulation and Order re Substitution of Counsel* (the "Notice") was served (i) via both CM/ECF Notice upon all registered users of the Court's CM/ECF Notice System and email with a copy of the electronic notice of filing and a copy of the Notice on the parties on the Court's Electronic Mail Notice List, attached hereto as Exhibit A and (ii) via first-class mail on the parties on the Manual Notice List, attached hereto as Exhibit B.

                                                    */s/ Edward L. Schnitzer*
                                                    Edward L. Schnitzer

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

## Exhibit A

- Thomas Butler  butlert@whiteandwilliams.com
- Alejandro H Cruz  acruz@pbwt.com, mcolitigation@pbwt.com
- Vincent Edward Lazar  vlazar@jenner.com
- Daniel A. Lowenthal  dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com
- Daniel Ruzumna  druzumna@pbwt.com, mcolitigation@pbwt.com
- Silvia Lucia Serpe  sserpe@serpellc.com
- Nicole A. Sullivan  Sullivann@whiteandwilliams.com
- Carl N Wedoff  cwedoff@jenner.com, wwilliams@jenner.com;tyler-edwards-8024@ecf.pacerpro.com;3665877420@filings.docketbird.com

## Exhibit B - Manual Notice List

**Omni Management Group, Inc.**
5955 De Soto Avenue
Suite 100
Woodland Hills, CA 91367