## **Exhibit A**

Docket Sheet (through January 5, 2022)

PENAP

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 19-01102-shl

*Assigned to:* Judge Sean H. Lane  
*Lead BK Case:* 18-10509  
*Lead BK Title:* Firestar Diamond, Inc. and Fantasy, Inc.  
*Lead BK Chapter:* 11  
*Demand:*

*Date Filed:* 03/27/19

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**Richard Levin,** *Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.*

represented by **Vincent Edward Lazar**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923-2989
Fax : (312) 840-7389
Email: vlazar@jenner.com

**Carl N Wedoff**
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1653
Fax : 212-909-0830
Email: cwedoff@jenner.com

V.

*Defendant*
-----------------------
**Nirav Deepak Modi**

represented by **Alejandro H Cruz**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-7613
Fax : 212-336-2222
Email: acruz@pbwt.com

**Daniel A. Lowenthal**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2720

Fax : (212) 336-2222
Email: dalowenthal@pbwt.com

**Daniel Ruzumna**
1133 Avenue of the Americas
New York, NY 10036
212-336-2034
Fax : 212-336-2222
Email: druzumna@pbwt.com

*Defendant*
-----------------------
**Mihir Bhansali**                          represented by **Thomas Butler**
White and Williams, LLP
7 Times Square
Suite 2900
New York, NY 10036
212-714-3070
Email: butlert@whiteandwilliams.com

**Nicole A. Sullivan**
White and Williams, LLP
7 Times Square, Suite 2900
New York, NY 10036
212-631-4420
Email: Sullivann@whiteandwilliams.com

*Defendant*
-----------------------
**Ajay Gandhi**                          represented by **Edward L. Schnitzer**
Montgomery McCracken Walker & Rhoads LLP
437 Madison Ave
New York, NY 10022
212-551-7781
Email: eschnitzer@mmwr.com

**Silvia Lucia Serpe**
Serpe LLC
16 Madison Square West
10th Floor
10010
New York, NY 10010
212-257-5010
Fax : 212-981-2870
Email: sserpe@serpellc.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/27/2019 | 1 (39 pgs) | Adversary case 19-01102. Complaint against Nirav Deepak Modi, Mihir Bhansali, Ajay Gandhi */Complaint Against Insiders for Breach of* |

| | | |
|---|---|---|
| | | *Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act* (Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 03/27/2019) |
| 03/27/2019 | | Receipt of Complaint( 19-01102-shl) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A13112591. Fee amount 350.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 03/27/2019) |
| 03/27/2019 | 2 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Angela M. Allen* filed by Vincent Edward Lazar on behalf of Richard Levin. (Attachments: # 1 Proposed Order) (Lazar, Vincent) (Entered: 03/27/2019) |
| 03/27/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-01102-shl) [motion,122] ( 200.00) Filing Fee. Receipt number A13113068. Fee amount 200.00. (Re: Doc # 2) (U.S. Treasury) (Entered: 03/27/2019) |
| 03/27/2019 | 3 (1 pg) | Notice of Appearance filed by Carl N Wedoff on behalf of Richard Levin. (Wedoff, Carl) (Entered: 03/27/2019) |
| 03/28/2019 | 4 (1 pg) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 5/16/2019 at 10:00 AM at Courtroom 701 (SHL), Answer due by 4/29/2019, (Ortiz, Carmen) (Entered: 03/28/2019) |
| 03/28/2019 | 5 (11 pgs; 2 docs) | Motion to Approve *Order Regarding Nirav Deepak Modi's Time to Respond to the Complaint* (related document(s)1) filed by Vincent Edward Lazar on behalf of Richard Levin with hearing to be held on 4/15/2019 at 11:00 AM at Courtroom 701 (SHL) Responses due by 4/8/2019,. (Attachments: # 1 Exhibit A - Proposed Order) (Lazar, Vincent) (Entered: 03/28/2019) |
| 03/29/2019 | 6 (1 pg) | Notice of Appearance filed by Nicolas G. Keller on behalf of Richard Levin. (Keller, Nicolas) (Entered: 03/29/2019) |
| 04/05/2019 | 7 (3 pgs) | Affidavit of Service *re: Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act [Adv. Docket No. 1] and Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 4]* (related document(s)4, 1) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 04/05/2019) |
| 04/05/2019 | 8 (72 pgs; 3 docs) | Notice of Presentment / *Chapter 11 Trustee's Application for Issuance of a Letter of Request for Judicial Assistance in Service of Process* filed by Vincent Edward Lazar on behalf of Richard Levin. with presentment to be held on 4/12/2019 at 12:00 PM at Courtroom 701 (SHL) Objections due by 4/12/2019, (Attachments: # 1 Exhibit A # 2 Exhibit B)(Lazar, Vincent) (Entered: 04/05/2019) |
| 04/10/2019 | 9 (1 pg) | Order Signed On 4/10/2019, Granting Application For Pro Hac Vice Re: Angela M. Allen (Related Doc # 2) (Ebanks, Liza) (Entered: 04/10/2019) |
| 04/18/2019 | 10 | Order Signed On 4/18/2019, Setting Foreign Defendant Nirav Deepak |

| | | |
|---|---|---|
| | (2 pgs) | Movant's Time To Respond To The Complaint. (Related Doc # 5) . (Ebanks, Liza) (Entered: 04/18/2019) |
| 04/18/2019 | 11 (2 pgs) | Order Signed On 4/18/2019, Issuing A Letter of Request For Service Abroad Of Judicial Documents In Civil Or Commercial Matters. (related document(s)8) (Ebanks, Liza) (Entered: 04/18/2019) |
| 04/25/2019 | 12 (1 pg) | Letter *Requesting Extension of Time to Respond to the Complaint* Filed by Thomas Butler on behalf of Mihir Bhansali. (Butler, Thomas) (Entered: 04/25/2019) |
| 04/26/2019 | 13 (1 pg) | Certificate of Mailing (related document(s)11, 8) Filed by Clerk's Office of the U.S. Bankruptcy Court. (Cantrell, Deirdra) (Entered: 04/26/2019) |
| 05/08/2019 | 14 (1 pg) | So Ordered Stipulation Signed On 5/8/2019, Extending The Deadline For Defendant Mihir Bhansali And Ajay Gandhi To Answer, Move, Or Otherwise Respond To The Complaint To May 28, 2019 at 12:00 p.m. (related document(s)12) (Ebanks, Liza) (Entered: 05/08/2019) |
| 05/10/2019 | 15 (2 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of Pretrial Conference* filed by Vincent Edward Lazar on behalf of Richard Levin. with hearing to be held on 6/10/2019 (Courtroom 701) (Lazar, Vincent) **Docket Text Courtroom Location Modified on 5/13/2019 (Bush, Brent)** (Entered: 05/10/2019) |
| 05/28/2019 | 16 (3 pgs) | Motion to Dismiss Adversary Proceeding filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Sullivan, Nicole) (Entered: 05/28/2019) |
| 05/28/2019 | 17 (49 pgs) | Motion to Dismiss Adversary Proceeding *Memorandum of Law* (related document(s)16) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Sullivan, Nicole) (Entered: 05/28/2019) |
| 05/28/2019 | 18 (41 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding *Declaration of Thomas Butler* (related document(s)16, 17) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Attachments: # 1 Exhibit A) (Sullivan, Nicole) (Entered: 05/28/2019) |
| 05/28/2019 | 19 (1 pg) | Notice of Appearance in Adversary Proceeding filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. (Serpe, Silvia) (Entered: 05/28/2019) |
| 05/28/2019 | 20 (2 pgs) | Motion to Dismiss Adversary Proceeding filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. (Serpe, Silvia) (Entered: 05/28/2019) |
| 05/28/2019 | 21 (27 pgs) | Motion for Attachment *Memorandum of Law in Support of Motion to Dismiss* filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. (Serpe, Silvia) (Entered: 05/28/2019) |
| 05/29/2019 | 22 (3 pgs) | Amended Motion to Dismiss Adversary Proceeding *with Hearing Date and Time* (related document(s)16) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. with hearing to be held on 8/22/2019 at 11:00 AM at Courtroom 701 (SHL) (Sullivan, Nicole) (Entered: 05/29/2019) |
| 05/29/2019 | 23 (2 pgs) | Amended Motion to Dismiss Adversary Proceeding *with Hearing Date and Time* filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. with hearing to be held on 8/22/2019 at 11:00 AM at Courtroom 701 (SHL) Responses due by 7/2/2019, (Serpe, Silvia) (Entered: 05/29/2019) |

| | | |
|---|---|---|
| 06/03/2019 | 24<br>(103 pgs; 3 docs) | Letter (related document(s)11) Filed by Carl N Wedoff on behalf of Richard Levin. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Wedoff, Carl) (Entered: 06/03/2019) |
| 07/19/2019 | 25<br>(2 pgs) | Notice of Adjournment of Hearing / *Notice of Adjournment of Pretrial Conference* filed by Vincent Edward Lazar on behalf of Richard Levin. with hearing to be held on 8/22/2019 at 11:00 AM at Courtroom 701 (SHL) (Lazar, Vincent) (Entered: 07/19/2019) |
| 08/21/2019 | 26<br>(1 pg) | Notice of Withdrawal *as attorney of record and request for removal from service lists* filed by Nicolas G. Keller on behalf of Richard Levin. (Keller, Nicolas) (Entered: 08/21/2019) |
| 09/20/2019 | 27<br>(50 pgs) | Certificate of Service *(Hague Service)* (related document(s)1) filed by Carl N Wedoff on behalf of Richard Levin. (Wedoff, Carl) (Entered: 09/20/2019) |
| 09/20/2019 | 28<br>(86 pgs) | Amended Complaint against Mihir Bhansali, Ajay Gandhi, Nirav Deepak Modi / *First Amended Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act F* Filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 09/20/2019) |
| 09/20/2019 | 29<br>(106 pgs; 2 docs) | Statement - *Notice of Filing of Redlined Version of First Amended Complaint* (related document(s)28) filed by Vincent Edward Lazar on behalf of Richard Levin. (Attachments: # 1 Exhibit A) (Lazar, Vincent) (Entered: 09/20/2019) |
| 09/26/2019 | 30<br>(3 pgs) | Affidavit of Service *re: First Amended Complaint Against Insiders for Breach of Fiduciary Duty, Aiding and Abetting Breach of Fiduciary Duty, Corporate Waste, and Violations of the Racketeering Influenced Corrupt Organizations Act [Adv. Docket No. 28]* (related document(s)28) filed by Omni Management Group, Inc..(Osborne, Brian) (Entered: 09/26/2019) |
| 09/30/2019 | 31<br>(2 pgs) | So Ordered Stipulation Signed On 9/30/2019, Setting Defendant's Date To Answer , Move Or Otherwise Respond To The Trustee's Amended Complaint To October 25, 2019. (Ebanks, Liza) (Entered: 09/30/2019) |
| 10/11/2019 | 32<br>(60 pgs) | Certificate of Service filed by Carl N Wedoff on behalf of Richard Levin. (Wedoff, Carl) (Entered: 10/11/2019) |
| 10/21/2019 | 33<br>(3 pgs) | So Ordered Stipulation And Order Signed On 10/21/2019, Regarding Service Of The Amended Complaint On Defendant Nirav Deepak Modi And Setting Modi's Date To Answer, Move, Or Otherwise Respond Thereto. (Ebanks, Liza) (Entered: 10/21/2019) |
| 10/31/2019 | 34<br>(3 pgs) | So Ordered Stipulation And Order Signed On 10/31/2019, Regarding Scheduling Of Briefing. (Ebanks, Liza) (Entered: 10/31/2019) |
| 10/31/2019 | 35<br>(2 pgs) | So Ordered Stipulation Signed On 10/31/2019, Setting Defendant's Date To Answer , Move Or Otherwise Respond To The Trustee's Amended Complaint To November 5, 2019. (Ebanks, Liza) (Entered: 10/31/2019) |

| Date | Doc # | Description |
|---|---|---|
| 11/05/2019 | [36](#) (34 pgs) | Motion to Dismiss Adversary Proceeding *Memorandum of Law and Notice of Motion to Dismiss First Amended Adversary Complaint* filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. with hearing to be held on 1/22/2020 at 02:00 PM at Courtroom 701 (SHL) Responses due by 12/13/2019, (Serpe, Silvia) (Entered: 11/05/2019) |
| 11/05/2019 | [37](#) (1 pg) | Notice of Withdrawal *to Withdraw Motion to Dismiss original complaint (Dkt. #20, 21)* filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. (Serpe, Silvia) (Entered: 11/05/2019) |
| 11/05/2019 | [38](#) (3 pgs) | Motion to Dismiss Adversary Proceeding *(First Amended Complaint)* filed by Nicole A. Sullivan on behalf of Mihir Bhansali. with hearing to be held on 1/22/2020 at 11:00 AM at Courtroom 701 (SHL) (Sullivan, Nicole) (Entered: 11/05/2019) |
| 11/05/2019 | [39](#) (48 pgs) | Memorandum of Law *in Support of Mihir Bhansali's Motion to Dismiss First Amended Complaint* filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Sullivan, Nicole) (Entered: 11/05/2019) |
| 11/05/2019 | [40](#) (128 pgs; 4 docs) | Declaration *of Nicole A. Sullivan in Support of Mihir Bhansali's Motion to Dismiss the First Amended Complaint* filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C) (Sullivan, Nicole) (Entered: 11/05/2019) |
| 11/20/2019 | [41](#) (4 pgs) | Notice of Appearance in Adversary Proceeding filed by Daniel Ruzumna on behalf of Nirav Deepak Modi. (Ruzumna, Daniel) (Entered: 11/20/2019) |
| 11/20/2019 | [42](#) (5 pgs) | Motion to Dismiss Adversary Proceeding (related document(s)[28](#)) filed by Daniel Ruzumna on behalf of Nirav Deepak Modi. with hearing to be held on 1/22/2020 at 02:00 PM at Courtroom 701 (SHL) Responses due by 12/18/2019, (Ruzumna, Daniel) (Entered: 11/20/2019) |
| 11/20/2019 | [43](#) (45 pgs) | Memorandum of Law *in Support of Defendant Nirav Deepak Modi's Motion to Dismiss the First Amended Complaint* (related document(s)[42](#)) filed by Daniel Ruzumna on behalf of Nirav Deepak Modi. (Ruzumna, Daniel) (Entered: 11/20/2019) |
| 11/21/2019 | [44](#) (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Daniel A. Lowenthal on behalf of Nirav Deepak Modi. (Lowenthal, Daniel) (Entered: 11/21/2019) |
| 11/21/2019 | [45](#) (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Alejandro H Cruz on behalf of Nirav Deepak Modi. (Cruz, Alejandro) (Entered: 11/21/2019) |
| 11/25/2019 | [46](#) (3 pgs) | So Ordered Stipulation And Order Signed On 11/25/2019, Regarding Scheduling Of Briefing. (Ebanks, Liza) (Entered: 11/25/2019) |
| 12/12/2019 | [47](#) (3 pgs; 2 docs) | Application for Pro Hac Vice Admission *of William A. Williams* filed by Vincent Edward Lazar on behalf of Richard Levin. (Attachments: # [1](#) Proposed Order) (Lazar, Vincent) (Entered: 12/12/2019) |
| 12/12/2019 | | Receipt of Application for Pro Hac Vice Admission( [19-01102-shl](#)) [motion,122] ( 200.00) Filing Fee. Receipt number A13588563. Fee amount 200.00. (Re: Doc # [47](#)) (U.S. Treasury) (Entered: 12/12/2019) |

| | | |
|---|---|---|
| 12/13/2019 | 48 (45 pgs) | Opposition / *Trustee's Opposition to Defendant Ajay Gandhi's Motion to Dismiss the First Amended Complaint* (related document(s)36) filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 12/13/2019) |
| 12/13/2019 | 49 (51 pgs) | Opposition / *Trustee's Opposition to Defendant Mihir Bhansali's Motion to Dismiss the First Amended Complaint* (related document(s)38) filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 12/13/2019) |
| 12/18/2019 | 50 (1 pg) | Order Signed On 12/18/2019, Granting Application For Pro Hac Vice Re: William A. Williams. (Related Doc # 47) (Ebanks, Liza) (Entered: 12/18/2019) |
| 12/18/2019 | 51 (52 pgs) | Opposition / *Trustee's Opposition to Defendant Nirav Deepak Modi's Motion to Dismiss the First Amended Complaint* (related document(s)42) filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 12/18/2019) |
| 01/06/2020 | 52 (2 pgs) | Stipulation *Proposed Regarding Motions to Dismiss Adversary Proceeding* (related document(s)36) Filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. (Serpe, Silvia) (Entered: 01/06/2020) |
| 01/14/2020 | 53 (2 pgs) | So Ordered Stipulation Signed On 1/14/2020, Extending Defendant's Time To File Replies From January 8, 2020 To January 27, 2020. (Ebanks, Liza) (Entered: 01/14/2020) |
| 01/27/2020 | 54 (26 pgs) | Reply to Motion *to Dismiss Adversary Proceeding* (related document(s)36) filed by Silvia Lucia Serpe on behalf of Ajay Gandhi. (Serpe, Silvia) (Entered: 01/27/2020) |
| 01/27/2020 | 55 (24 pgs) | Reply to Motion *to Dismiss the Amended Adversary Complaint* (related document(s)38) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Sullivan, Nicole) (Entered: 01/27/2020) |
| 01/27/2020 | 56 (24 pgs) | Reply to Motion *to Dismiss Adversary Proceeding* (related document(s)42) filed by Daniel Ruzumna on behalf of Nirav Deepak Modi. (Ruzumna, Daniel) (Entered: 01/27/2020) |
| 02/24/2020 | 57 (2 pgs) | Notice of Adjournment of Hearing / *Notice of Adjournment of Hearing to Consider Motions to Dismiss of Defendants Nirav Deepak Modi, Mihir Bhansali, and Ajay Gandhi* filed by Vincent Edward Lazar on behalf of Richard Levin. with hearing to be held on 4/7/2020 at 02:00 PM at Courtroom 701 (SHL) (Lazar, Vincent) (Entered: 02/24/2020) |
| 03/31/2020 | 58 (2 pgs) | Notice of Adjournment of Hearing / *Notice of Adjournment of Hearing to Consider Motions to Dismiss of Defendants Nirav Deepak Modi, Mihir Bhansali, and Ajay Gandhi* filed by Vincent Edward Lazar on behalf of Richard Levin. with hearing to be held on 4/30/2020 at 10:00 AM at Courtroom 701 (SHL) (Lazar, Vincent) (Entered: 03/31/2020) |
| 03/31/2020 | 59 (346 pgs; 14 docs) | Motion for Sanctions *(Rule 11 Violations)* filed by Nicole A. Sullivan on behalf of Mihir Bhansali. with hearing to be held on 4/30/2020 at 10:00 AM at Courtroom 701 (SHL) Responses due by 4/16/2020, (Attachments: # 1 Memorandum of Law # 2 Declaration of Nicole A. Sullivan # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D # 7 |

| | | |
|---|---|---|
| | | Exhibit E # 8 Exhibit F # 9 Exhibit G # 10 Exhibit H # 11 Exhibit I # 12 Exhibit J # 13 Exhibit K) (Sullivan, Nicole) (Entered: 03/31/2020) |
| 04/16/2020 | 60 (47 pgs; 4 docs) | Opposition Brief /*Trustee's Opposition to Defendant Mihir Bhansali's Motion for Rule 11 Sanctions or to Strike Certain Pleadings* (related document(s)59) filed by Vincent Edward Lazar on behalf of Richard Levin. (Attachments: # 1 Exhibit B # 2 Exhibit C # 3 Exhibit D) (Lazar, Vincent) (Entered: 04/16/2020) |
| 04/21/2020 | 61 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *for David Jimenez-Ekman* filed by Vincent Edward Lazar on behalf of Richard Levin. (Attachments: # 1 Proposed Order) (Lazar, Vincent) (Entered: 04/21/2020) |
| 04/21/2020 | | Receipt of Application for Pro Hac Vice Admission( 19-01102-shl) [motion,122] ( 200.00) Filing Fee. Receipt number A13929784. Fee amount 200.00. (Re: Doc # 61) (U.S. Treasury) (Entered: 04/21/2020) |
| 04/22/2020 | 62 (1 pg) | Order Signed On 4/22/2020, Granting Application For Pro Hac Vice Re: David Jimenez-Ekman (Related Doc # 61) (Ebanks, Liza) (Entered: 04/22/2020) |
| 04/28/2020 | 63 (23 pgs) | Reply to Motion *for Rule 11 Sanctions or, Alternatively, to Strike* (related document(s)59) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Sullivan, Nicole) (Entered: 04/28/2020) |
| 04/28/2020 | 64 | **(This Entry Has Been Refiled To Make A Correction To Exhibit "C". See Document #65 For The Correct Entry)** Declaration *in Further Support of Defendant Mihir Bhansali's Motion for Rule 11 Sanctions or to Strike Certain Pleadings* (related document(s)59) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Sullivan, Nicole) Modified on 4/29/2020 (Richards, Beverly). (Entered: 04/28/2020) |
| 04/29/2020 | 65 (424 pgs; 6 docs) | Declaration *in Reply and in Further Support of Defendant Mihir Bhansali's Motion for Rule 11 Sanctions or to Strike* (related document(s)59) filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Sullivan, Nicole) (Entered: 04/29/2020) |
| 05/18/2020 | 66 (113 pgs) | Transcript regarding Hearing Held on 04/30/20 at 10:53 A.M. RE: Motion To Dismiss: Nirav Deepak Modi; Doc. #42 Motion To Dismiss Adversary Proceeding Filed On Behalf Of Nirav Deepak Modi Etc. Remote electronic access to the transcript is restricted until 8/17/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: AA EXPRESS TRANSCRIPTS.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 39, 49, 55, 38, 40, 48, 65, 59, 56, 51, 36, 42, 63, 43, 54, 60). Notice of Intent to Request Redaction Deadline Due By 5/26/2020. Statement of Redaction Request Due By 6/8/2020. Redacted Transcript Submission Due By 6/18/2020. Transcript access will be restricted through 8/17/2020. (Su, Kevin) (Entered: 05/18/2020) |
| 08/10/2020 | 67 (19 pgs; 2 docs) | Motion to Withdraw as Attorney filed by Daniel Ruzumna on behalf of Nirav Deepak Modi. (Attachments: # 1 Declaration of Daniel S. Ruzumna) (Ruzumna, Daniel) (Entered: 08/10/2020) |

| | | |
|---|---|---|
| 09/14/2020 | 68 (2 pgs) | Order Signed On 9/14/2020, Granting Motion To Withdraw Patterson Belknap Webb & Tyler LLP As Counsel For Nirav Deepak Modi. (Related Doc # 67) (Ebanks, Liza) (Entered: 09/14/2020) |
| 10/15/2021 | 69 (60 pgs) | Memorandum Of Decision Signed On 10/15/2021, Re: Motions To Dismiss Adversary Proceeding. (related document(s)36, 38, 42) (Ebanks, Liza) (Entered: 10/15/2021) |
| 10/19/2021 | 70 (5 pgs; 2 docs) | Notice of Proposed Order (related document(s)69) filed by Vincent Edward Lazar on behalf of Richard Levin. (Attachments: # 1 Exhibit A - Proposed Order)(Lazar, Vincent) (Entered: 10/19/2021) |
| 10/19/2021 | 71 (2 pgs) | Certificate of Service (related document(s)70) Filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 10/19/2021) |
| 10/19/2021 | 72 (2 pgs) | Statement / *Notice of Pretrial Conference* filed by Vincent Edward Lazar on behalf of Richard Levin. with hearing to be held on 11/30/2021 at 10:00 AM at Courtroom 701 (SHL) (Lazar, Vincent) (Entered: 10/19/2021) |
| 10/29/2021 | 73 (2 pgs) | Stipulation *Extending Defendants' Time to Answer the Amended Complaint to December 22, 2021* (related document(s)28) Filed by Nicole A. Sullivan on behalf of Mihir Bhansali. (Sullivan, Nicole) (Entered: 10/29/2021) |
| 11/08/2021 | 74 (2 pgs) | So Ordered Stipulation And Order Signed On 11/8/2021, Extending Time To Answer The Amended Complaint To December 22, 2021 (Ebanks, Liza) (Entered: 11/08/2021) |
| 11/29/2021 | 75 (3 pgs) | So Ordered Stipulation And Order Signed On 11/29/2021, Regarding Scheduling With Pre-Trial Conference To Be Held On 1/27/2022 at 11:00 AM at Videoconference (ZoomGov) (SHL) (Ebanks, Liza) (Entered: 11/29/2021) |
| 12/03/2021 | 76 (2 pgs) | Order Signed On 12/3/2021, Denying (I) Defendants' Motions To Dismiss First Amended Complaint; And (II) Defendant Mihir Bhansali's Motion For Rule 11 Sanctions Or To Strike Certain Pleadings. (Related Doc # 36, 38), 42, 59) (Ebanks, Liza) (Entered: 12/03/2021) |
| 12/03/2021 | 77 (2 pgs) | Certificate of Service (related document(s)76, 72) filed by Vincent Edward Lazar on behalf of Richard Levin. (Lazar, Vincent) (Entered: 12/03/2021) |
| 12/22/2021 | 78 (5 pgs; 2 docs) | Notice of Presentment *of Stipulation and Proposed Order re Substitution of Counsel* filed by Edward L. Schnitzer on behalf of Ajay Gandhi. with presentment to be held on 1/5/2022 at 12:00 PM at Courtroom 701 (SHL) Objections due by 12/29/2021, (Attachments: # 1 Stipulation and Order re Substitution of Counsel)(Schnitzer, Edward) (Entered: 12/22/2021) |
| 12/30/2021 | 79 (3 pgs) | Certificate of Service (related document(s)78) filed by Edward L. Schnitzer on behalf of Ajay Gandhi. (Schnitzer, Edward) (Entered: 12/30/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2022 22:36:36 | | | |
| **PACER Login:** | jb0014 | **Client Code:** | 99999-13970 |
| **Description:** | Docket Report | **Search Criteria:** | 19-01102-shl Fil or Ent: filed From: 12/22/2000 To: 1/5/2022 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |