# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.                        Bankruptcy Case No.:
                                                                       18–10509–shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and
Old AJ, Inc. f/k/a A. Jaffe, Inc.

                                Plaintiff(s),

–against–                                                              Adversary Proceeding No.
                                                                       19–01102–shl
Nirav Deepak Modi
Mihir Bhansali
Ajay Gandhi

                                Defendant(s)


## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Nirav Deepak Modi |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 1/10/22                                                         Vito Genna

                                                                       *Clerk of the Court*

                                                                       By: /s/  Mary Lopez

                                                                       *Deputy Clerk*