# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 1/10/2022
Case: 19−01102−shl  Form ID: clkdflt  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    Nirav Deepak Modi    HMP Wandsworth    Heathfield Road    London, SW18 3HU, United Kingdom

TOTAL: 1