UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
: 
In re: :  Chapter 11
:
FIRESTAR DIAMOND, INC., *et al.*, :  Case No. 18-10509 (SHL)
:
             Debtors.[1] :  (Jointly Administered)
:
---------------------------------------------- X
:
RICHARD LEVIN, Chapter 11 Trustee of :
FIRESTAR DIAMOND, INC., FANTASY, INC., :
and OLD AJ, INC. f/k/a/ A. JAFFE, INC., :
:
             Plaintiff, :
:  Adv. Proc. No. 19-1102 (SHL)
      v. :
:
NIRAV DEEPAK MODI, MIHIR BHANSALI, and :
AJAY GANDHI, :
:
             Defendants. :
---------------------------------------------- X
:
RICHARD LEVIN, Chapter 11 Trustee of :
FIRESTAR DIAMOND, INC., FANTASY, INC., :
and OLD AJ, INC. f/k/a/ A. JAFFE, INC., :
:
             Plaintiff, :
:  Adv. Proc. No. 20-1052 (SHL)
      v. :
:
MIHIR BHANSALI and AJAY GANDHI, :
:
             Defendants. :
---------------------------------------------- X

**STIPULATION AND ORDER RE SUBSTITUTION OF COUNSEL**

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

**IT IS HEREBY STIPULATED** that:

1. Ajay Gandhi ("Gandhi") has requested and consents to the substitution of Montgomery McCracken Walker & Rhoads LLP ("MMWR") for Serpe LLC ("Serpe"), as his counsel in the above-captioned adversary proceedings; and

2. Serpe and MMWR consent to the substitution as requested by Gandhi.

**IT IS HEREBY ORDERED** that:

1. Good cause exists to permit MMWR to be substituted for Serpe as counsel of record for Gandhi under Local Bankruptcy Rule 2090-1(e).

2. Serpe withdraws as counsel for Gandhi in the above-captioned adversary proceedings and that MMWR shall be and is substituted in its place and stead as counsel for Gandhi in the above-captioned adversary proceedings.

Dated: December 22, 2021
       New York, New York

| Montgomery McCracken Walker & Rhoads LLP | Serpe LLC |
| --- | --- |
| *Proposed Counsel for Ajay Gandhi* | *Withdrawing Counsel for Ajay Gandhi* |
| By: */s/ Edward L. Schnitzer* | By: */s/ Silvia L. Serpe* |
| Edward L. Schnitzer | Silvia L. Serpe |
| 437 Madison Avenue | 16 Madison Square West, 10th Floor |
| New York, New York 10022 | New York, New York 10010 |
| (212) 867-9500 | (212) 257-5010 |
| eschnitzer@mmwr.com | sserpe@serpellc.com |

So ordered this 10th day of January, 2022

**/s/ Sean H. Lane**
Honorable Sean H. Lane
United States Bankruptcy Judge

-2-