# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: Firestar Diamond, Inc. and Fantasy, Inc. | Bankruptcy Case No.: 18−10509−shl |

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

　　　　　　　　　　　　　　　　　　　Plaintiff(s),

−against−　　　　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No. 19−01102−shl

Nirav Deepak Modi
Mihir Bhansali
Ajay Gandhi

　　　　　　　　　　　　　　　　　　　Defendant(s)


## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Nirav Deepak Modi |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


Dated: 1/10/22　　　　　　　　　　　　　　　　　　　　　　　Vito Genna

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Court*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Mary Lopez

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Levin,
    Plaintiff

Adv. Proc. No. 19-01102-shl

Modi,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: clkdflt | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

**Recip ID**    **Recipient Name and Address**
dft    Nirav Deepak Modi, HMP Wandsworth, Heathfield Road, London, SW18 3HU, United Kingdom

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:

**Name**    **Email Address**

Alejandro H Cruz
    on behalf of Defendant Nirav Deepak Modi acruz@pbwt.com mcolitigation@pbwt.com

Carl N Wedoff
    on behalf of Plaintiff Richard Levin cwedoff@jenner.com
    wwilliams@jenner.com;aallen@jenner.com;tyler-edwards-8024@ecf.pacerpro.com;3665877420@filings.docketbird.com

Daniel Ruzumna
    on behalf of Defendant Nirav Deepak Modi druzumna@pbwt.com mcolitigation@pbwt.com

Daniel A. Lowenthal
    on behalf of Defendant Nirav Deepak Modi dalowenthal@pbwt.com
    mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com

Edward L. Schnitzer
    on behalf of Defendant Ajay Gandhi eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Nicole A. Sullivan
    on behalf of Defendant Mihir Bhansali Sullivann@whiteandwilliams.com

Richard B. Levin

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 10, 2022 | Form ID: clkdflt | Total Noticed: 1 |

         on behalf of Plaintiff Richard Levin rlevin@jenner.com

Silvia Lucia Serpe
         on behalf of Defendant Ajay Gandhi sserpe@serpellc.com

Thomas Butler
         on behalf of Defendant Mihir Bhansali butlert@whiteandwilliams.com

Vincent Edward Lazar
         on behalf of Plaintiff Richard Levin vlazar@jenner.com

TOTAL: 10