UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-01102 (SHL) |

**STIPULATION AND ORDER REGARDING SCHEDULING**

Richard Levin, not individually but solely as Chapter 11 Trustee for the above-captioned Debtors and Plaintiff in the above-captioned Adversary Proceeding (the "Trustee"), Defendant Mihir Bhansali ("Bhansali") and Defendant Ajay Gandhi ("Gandhi") (together with Bhansali, the "Defendants"), each through their undersigned counsel, hereby agree and stipulate to the following:

1. Defendants' time to answer the Amended Complaint [Adv. Dkt. 28] is extended from February 22, 2022 to March 11, 2022.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

**AGREED AND STIPULATED TO**:

Dated: New York, New York
      February 14, 2022

**RICHARD LEVIN, THE TRUSTEE**

By His Counsel,
JENNER & BLOCK LLP

*/s/ Angela Allen*

Carl Wedoff
Angela Allen
919 Third Avenue
New York, New York 10022
cwedoff@jenner.com

**MIHIR BHANSALI,**
By His Counsel,
WHITE AND WILLIAMS LLP

*/s/ Nicole Sullivan*

Thomas E. Butler
Nicole Sullivan
7 Times Square, Suite 2900
New York, New York 10036
butlert@whiteandwilliams.com
sullivann@whiteandwilliams.com

**AJAY GANDHI**

By His Counsel,
Montgomery McCracken Walker &
Rhoads LLP

*/s/ Marc J. Phillips*

Marc J. Phillips
1105 North Market Street, Suite 1500
Wilmington, DE 19801
mphillips@mmwr.com

IT IS SO ORDERED.

Dated: February 21, 2022
   New York, New York

                           */s/ Sean H. Lane*
                           Honorable Sean H. Lane
                           United States Bankruptcy Judge