**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br><br>Defendants. | Adv. Proc. No. 19-1102 (SHL) |

## CERTIFICATE OF SERVICE

I, Edward L. Schnitzer, do hereby certify that on March 11, 2022, a copy of *Defendant Ajay Gandhi's Answer to First Amended Complaint* was served via first-class mail on the parties on the Service List, attached hereto as Exhibit A.

/s/ *Edward L. Schnitzer*
Edward L. Schnitzer

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

## Exhibit A – Service List

Carl N. Wedoff
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Vincent E. Lazar
Angela M. Allen
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654

Thomas Butler
Nicole A. Sullivan
White and Williams, LLP
7 Times Square, Suite 2900
New York, NY 10036