**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.*, | Case No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |

---

| | |
|---|---|
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a/ A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 19-1102 (SHL) |
| NIRAV DEEPAK MODI, MIHIR BHANSALI and AJAY GANDHI, | |
| Defendants. | |

---

## NOTICE OF SERVICE

I, Edward L. Schnitzer, hereby certify that a true and accurate copy of *Defendant Ajay Gandhi's Rule 7026(a)(1) Initial Disclosures* was served by first-class mail and electronic mail on March 21, 2022, upon the following:

Angela M Allen
Vincent Edward Lazar
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-3456
Email: aallen@jenner.com
Email: vlazar@jenner.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

Richard B. Levin
Carl N Wedoff
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Email: rlevin@jenner.com
Email: cwedoff@jenner.com

Thomas Butler
Nicole A. Sullivan
White and Williams, LLP
7 Times Square Suite 2900
New York, NY 10036-6524
Email: butlert@whiteandwilliams.com
Email: Sullivann@whiteandwilliams.com

Dated: March 21, 2022                    **MONTGOMERY, McCRACKEN,**
       New York, New York            **WALKER & RHOADS LLP**


By: */s/ Edward L. Schnitzer*
    Edward L. Schnitzer
437 Madison Avenue
New York, NY  10022
(212) 551-7781
eschnitzer@mmwr.com

-and-

Marc J. Phillips (admitted *pro hac vice*)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 504-7823
mphillips@mmwr.com

*Counsel for Ajay Gandhi*