**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FIRESTAR DIAMOND, INC., *et al.*, | : | Case No. 18-10509 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------- x

| | | |
|---|---|---|
| RICHARD LEVIN, Chapter 11 Trustee of | : | |
| FIRESTAR DIAMOND, INC., FANTASY, INC., | : | |
| and OLD AJ, INC. f/k/a/ A. JAFFE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 19-1102 (SHL) |
| | : | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and | : | |
| AJAY GANDHI, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------- x

**DEFENDANT AJAY GANDHI'S MOTION TO WITHDRAW**
**THE REFERENCE TO THE BANKRUPTCY COURT PURSUANT TO**
**28 U.S.C. § 157(d), RULE 5011(a) OF THE FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY RULE 5011-1**

Upon the accompanying Memorandum of Law in support of Defendant Ajay Gandhi's

Motion to Withdraw the Reference with respect to the above-captioned adversary proceeding (the

"Adversary Proceeding"); and all the papers filed and proceedings had herein, Ajay Gandhi

("Gandhi" or "Defendant") hereby respectfully moves the United States District Court for the

Southern District of New York for an order, under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy

Procedure 5011, and Local Bankruptcy Rule 5011-1, (the "Motion") for entry of an order

withdrawing the reference of the above-captioned adversary proceeding.

Gandhi has made no previous request to this Court or to any other court for the relief

requested by this motion to withdraw the reference.

Dated: June 21, 2022                    **MONTGOMERY, McCRACKEN,**
          New York, New York            **WALKER & RHOADS LLP**


                                        By: /s/ *Edward L. Schnitzer*
                                            Edward L. Schnitzer
                                            437 Madison Avenue
                                            New York, NY  10022
                                            (212) 551-7781
                                            eschnitzer@mmwr.com


                                            *Counsel for Ajay Gandhi*