UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.*, | Case No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a/ A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 19-1102 (SHL) |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

---

**ORDER GRANTING AJAY GANDHI'S MOTION
TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT
PURSUANT TO 28 U.S.C. § 157(d), RULE 5011(a) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY RULE 5011-1**

This matter comes before the Court on Defendant Ajay Gandhi's motion to withdraw the reference under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1. The Court has reviewed the motions, the responses, other relevant filings, and is fully informed.

**IT IS HEREBY ORDERED** that Defendant Gandhi's motion to withdraw the reference is **GRANTED.**

Dated: July __, 2022
New York, New York

/s/_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE