**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
FIRESTAR DIAMOND, INC., *et al.*,                               :   Case No. 18-10509 (SHL)
                                                                :
    Debtors.                                           :   (Jointly Administered)
---------------------------------------------------------------- x
RICHARD LEVIN, Chapter 11 Trustee of                            :
FIRESTAR DIAMOND, INC., FANTASY, INC.,                          :
and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,                         :
                                                                :
    Plaintiff,                                         :
                                                                :
    v.                                                 :   Adv. Proc. No. 19-1102 (SHL)
                                                                :
NIRAV DEEPAK MODI, MIHIR BHANSALI, and                          :
AJAY GANDHI,                                                    :
                                                                :
    Defendants.                                        :
---------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I, Edward L. Schnitzer, do hereby certify that a copy of *Defendant Ajay Gandhi's Motion to Withdraw the Reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d), Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5011-1* (the "Motion") was served (i) via both CM/ECF Notice upon all registered users of the Court's CM/ECF Notice System and email with a copy of the Motion on the parties on the Court's Electronic Mail Notice List, attached hereto as <u>Exhibit A</u> on June 21, 2022 and (ii) via first-class mail on the parties on the Manual Notice List, attached hereto as <u>Exhibit B</u> on June 22, 2022.

                                                 */s/ Edward L. Schnitzer*
                                                 Edward L. Schnitzer

                                                 *Counsel for Ajay Gandhi*

## Exhibit A

- **Angela M Allen**   aallen@jenner.com, 6426942420@filings.docketbird.com,docketing@jenner.com
- **Thomas Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com
- **Alejandro H Cruz**   acruz@pbwt.com, mcolitigation@pbwt.com
- **Vincent Edward Lazar**   vlazar@jenner.com
- **Richard B. Levin**   rlevin@jenner.com
- **Daniel A. Lowenthal**   dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com
- **Daniel Ruzumna**   druzumna@pbwt.com, mcolitigation@pbwt.com
- **Edward L. Schnitzer**   eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com
- **Silvia Lucia Serpe**   sserpe@serpellc.com
- **Nicole A. Sullivan**   Sullivann@whiteandwilliams.com
- **Carl N Wedoff**   cwedoff@jenner.com, wwilliams@jenner.com;aallen@jenner.com;tyler-edwards-8024@ecf.pacerpro.com;3665877420@filings.docketbird.com

## Exhibit B - Manual Notice List

Richard B. Levin
Carl N. Wedoff
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Vincent E. Lazar
Angela M. Allen
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654

Thomas Butler
Nicole A. Sullivan
White and Williams, LLP
7 Times Square, Suite 2900
New York, NY 10036

Alejandro H Cruz
Daniel A. Lowenthal
Daniel Ruzumna
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036