UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
FIRESTAR DIAMOND, INC., *et al.*,                             :  Case No. 18-10509 (SHL)
                                                              :
     Debtors.                                                 :  (Jointly Administered)
------------------------------------------------------------- x
RICHARD LEVIN, Chapter 11 Trustee of                          :
FIRESTAR DIAMOND, INC., FANTASY, INC.,                        :
and OLD AJ, INC. f/k/a/ A. JAFFE, INC.,                       :
                                                              :
     Plaintiff,                                               :
                                                              :  Adv. Proc. No. 19-1102 (SHL)
                                                              :
     v.                                                       :  Related to Docket No. 90
                                                              :
NIRAV DEEPAK MODI, MIHIR BHANSALI, and                        :
AJAY GANDHI,                                                  :
                                                              :
     Defendants.                                              :
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Edward L. Schnitzer, do hereby certify that, on June 23, 2022, a copy of *Defendant Ajay Gandhi's Motion to Withdraw the Reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d), Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5011-1* was served via first-class mail on:

    Richard B. Levin
    Carl N. Wedoff
    Jenner & Block LLP
    919 Third Avenue
    New York, New York 10022

                                                          */s/ Edward L. Schnitzer*
                                                          Edward L. Schnitzer

                                                          *Counsel for Ajay Gandhi*