JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Liquidating Trustee for the Liquidating Trust of FIRESTAR DIAMOND, INC. and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, | |
| Defendants. | |

**NOTICE OF PLAINTIFF'S MOTION FOR AN
ORDER OF ATTACHMENT AND OTHER PROVISIONAL RELIEF
<u>AGAINST DEFENDANT MIHIR BHANSALI</u>**

On August 31, 2022, Plaintiff Richard Levin, not individually but solely in his capacity as liquidating trustee (the "**Trustee**" or "**Plaintiff**") of the liquidating trust for Firestar Diamond, Inc. ("**Firestar**") and Old AJ, Inc., f/k/a A. Jaffe, Inc. ("**Old AJ**," and together with Firestar and Fantasy, Inc., the "**Debtors**"), filed the *Plaintiff's Motion For an Order of Attachment and Other Provisional Relief Against Defendant Mihir Bhansali* [Adv. Dkt. 97] (the "**Motion**").

A hearing on the Motion will be held before the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York on **September 20, 2022 at 2:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard (the "**Hearing**"). The Hearing will be conducted will be conducted via Zoom. Parties wishing to participate in the Hearing must register their appearance using the Electronic Appearance portal located on the Bankruptcy Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4:00 p.m. (ET) on September 19, 2022. Additional information concerning how to participate in the discovery conference is available in the Bankruptcy Court's Zoom Video Hearing Guide, available at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Objections, if any, to approval of the Motion and entry of the proposed order must: (i) be made in writing; (ii) state with particularity the grounds therefor; (iii) be filed with the Bankruptcy Court (with a copy to the Judge's chambers); and (iv) be served upon counsel to the Trustee, Jenner & Block LLP, 1155 Avenue of the Americas, New York, New York 10036 (Attn: Carl Wedoff, Esq.) so as to be received by each of them no later than September 13, 2022 (the "**Objection Deadline**").

If no responses or objections are served by the Objection Deadline, the relief may be granted as requested in the Motion without further notice or a hearing. You need not appear at the Hearing if you do not object to the relief requested in the Motion. The Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

Dated: September 1, 2022
Chicago, Illinois

By: /s/ Angela M. Allen

Vincent E. Lazar
Angela Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com
wwilliams@jenner.com

Carl Wedoff
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600
cwedoff@jenner.com

*Counsel for the Plaintiff*