**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Job #: 1463787

Attorney: Jenner & Block LLP - New York
Address: 919 Third Avenue New York, NY 10022

In re: FIRESTAR DIAMOND, INC., et al., Debtors.
RICHARD LEVIN, trustee for the liquidating trusts of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC. f/k/a A. JAFFE, INC.,

Plaintiff

vs

NIRAV MODI, MIHIR BHANSALI and AJAY GANDHI,

Defendants

Index Number: 18-10509 (SHL)
Client's File No.:
Court Date:

Date Filed: 08/31/2022
: 19-1102 (SHL)

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

## AFFIDAVIT OF SERVICE

Baldeo C. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/7/2022, at 3:04 PM at: 50 RIVERSIDE BLVD APT 24A, NEW YORK, NY 10069 Deponent served the within Plaintiff's Motion for an Order of Attachment and Other Provisional Relief Against Defendant Mihir Bhansali, Exhibit A, Memorandum of Law in Support of Plaintiff's Motion for an Order of Attachment Against Mihir Bhansali, Notice of Plaintiff's Motion for an Order of Attachment and Other Provisional Relief Against Defendant Mihir Bhansali and Declaration of Richard Levin in Support of Plaintiff's Motion for an Order of Attachment and Other Provisional Relief Against Defendant Mihir Bhansali

**On: RAKHI BHANSALI**, therein named.
Said documents were conformed with index number and date of filing endorsed thereon

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Rosel Dean (Housekeeper) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Female    Color of skin: Asian    Color of hair: Black    Glasses
Age: 26 - 35 Yrs.    Height: 5ft 0inch - 5ft 3inch    Weight: 100-130 Lbs.    Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
Rosel Dean stated she is authorized to accept service on behalf of Rakhi Bhansali

☒ **#6 MAILING**
Baldeo C. Drepaul being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: 09/08/2022 to RAKHI BHANSALI at 50 RIVERSIDE BLVD APT 24A, NEW YORK, NY 10069 in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on 09/08/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License # 2093579

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*