**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-01102 (SHL) |
| Plaintiff, | |
| v. | |
| NIRAV DEEPAK MODI, MIHIR BHANSALI and AJAY GANDHI, | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

Richard Levin, not individually but solely as Chapter 11 Trustee for the above-captioned Debtors and Plaintiff in the above-captioned Adversary Proceeding (the "Trustee") and Defendant Mihir Bhansali ("Bhansali"), each through their undersigned counsel, hereby agree and stipulate to the following:

1. Bhansali's time to object to the Motion for an Order of Attachment and Other Provisional Relief [Adv. Dkt. 97 - 100] is extended from September 13, 2022 to September 27, 2022.

2. The Trustee's time to respond to Defendant's objection is extended to October 11, 2022.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

3. The hearing previously scheduled for September 20, 2022 is adjourned to October 26, 2022 at 11 am.

**AGREED AND STIPULATED TO**:

Dated: New York, New York
September 13, 2022

**RICHARD LEVIN, THE TRUSTEE**

By His Counsel,
JENNER & BLOCK LLP

 /s/ Angela Allen
Carl Wedoff
Angela Allen
919 Third Avenue
New York, New York 10022
cwedoff@jenner.com


**MIHIR BHANSALI,**
By His Counsel,
WHITE AND WILLIAMS LLP

/s/ Thomas E. Butler
Thomas E. Butler
Nicole Sullivan
7 Times Square, Suite 2900
New York, New York 10036
butlert@whiteandwilliams.com
sullivann@whiteandwilliams.com

IT IS SO ORDERED.

Dated: _____, 2022
      New York, New York

_____
Honorable Sean H. Lane
United States Bankruptcy Judge

-2-