UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FIRESTAR DIAMOND, INC., *et al.* <br><br> Debtors.[1] | Chapter 11 <br><br> No. 18-10509 (SHL) <br><br> (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI, <br><br> Defendants. | Adv. Proc. No. 19-1102 (SHL) |

**STIPULATION AND ORDER REGARDING SCHEDULING**

Richard Levin, liquidating trustee for the liquidating trust of the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding (the "**Trustee**"), and defendant Nirav Deepak Modi ("**Modi**"), each through their undersigned counsel, stipulate and agree to the following:

1. The *Scheduling and Pre-Trial Order*, dated August 11, 2022 [Dkt. 95], shall apply to Modi, with the exception of paragraphs 1.a and 7 thereof.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

2. The *Agreed Protective Order*, dated August 18, 2022 [Dkt. 96], shall apply to the information and documents exchanged between the Trustee and Modi in connection with the pre-trial phase of this adversary proceeding.

(*Signature page follows*.)

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: Chicago, Illinois<br>March 31, 2023 | **RICHARD LEVIN**, Liquidating Trustee of the Liquidating Trust of FIRESTAR DIAMOND, INC. and OLD AJ, INC. f/k/a A. JAFFE, INC.<br><br>By His Counsel,<br>JENNER & BLOCK LLP<br>By:<br><br>*/s/ Angela Allen*<br>Angela Allen (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>aallen@jenner.com |
| Dated: New York, New York<br>March 31, 2023 | **NIRAV DEEPAK MODI**<br><br>By His Counsel,<br>MORITT HOCK & HAMROFF LLP<br><br>*/s/ James P. Chou*<br>James P. Chou, Esq.<br>Marshall O. Dworkin, Esq.<br>1407 Broadway, Suite 3900<br>New York, NY 10018<br>Tel: (212) 239-2000<br>Fax: (212) 239-7277<br>jchou@moritthock.com<br>mdworkin@moritthock.com |

IT IS SO ORDERED.

Dated: April 17, 2023
      White Plains, New York

                                          */s/ Sean H. Lane*
                                          The Honorable Sean H. Lane
                                          United States Bankruptcy Judge